IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N D I C T M E N T** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: **1 : 19  CR  464** |
| | ) | Title 21, Sections 841(a)(1), |
| BRANDON FLETCHER, aka "B," | ) | (b)(1)(A), (b)(1)(B), (b)(1)(C), |
| aka "KING FLETCH," | ) | (b)(1)(D), 843(b), 846, and |
| EDGAR ARTURO SANCHEZ, | ) | 856(a)(1), United States Code; |
| STEPHON CARTER, | ) | Title 18, Sections 922(g)(1), |
| DONNIE PALMER, | ) | 924(c)(1)(A)(i), 1956(h), and 2, |
| KEVIN PHILMON, aka "BIG KEV," | ) | United States Code |
| WAYNE NIX, aka "COCAINE WAYNE," | ) | |
| aka "WEEZY," | ) | **JUDGE ADAMS** |
| ROBERT HAWES, aka "SHORTY," | ) | |
| ANTONN MELTON, | ) | |
| KEVIN WILLIAMS, aka "PIERRE," | ) | |
| ROBERT POLLARD, | ) | |
| FREDDIE MURPHY, | ) | |
| ERIC ARMSTRONG, | ) | |
| JAMILL MCDONALD, | ) | |
| STEVEN BOUYER, | ) | |
| DARCELL JACKSON, | ) | |
| LONNIE JORDAN, aka "SHONNY," | ) | |
| DEWITT CHISHOLM, | ) | |
| | ) | |
| Defendants. | ) | |

<u>COUNT 1</u>

(Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, Cocaine Base ("Crack"),
Heroin, Fentanyl, and Marijuana, 21 U.S.C. §§ 846)

The Grand Jury charges:

　　　　1.　　　Beginning on or about August 2016, and continuing until on or about November

1, 2017, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants

BRANDON FLETCHER, aka "B," aka "KING FLETCH," EDGAR ARTURO SANCHEZ,

STEPHON CARTER, DONNIE PALMER, KEVIN PHILMON, aka "BIG KEV," WAYNE

NIX, aka "COCAINE WAYNE," aka "WEEZY," ROBERT HAWES, aka "SHORTY," ANTONN MELTON, KEVIN WILLIAMS, aka "PIERRE," ROBERT POLLARD, FREDDIE MURPHY, ERIC ARMSTRONG, JAMILL MCDONALD, STEVEN BOUYER, DARCELL JACKSON, LONNIE JORDAN, aka "SHONNY," DEWITT CHISHOLM did knowingly and intentionally combine, conspire, confederate, and agree together and with each other and with diverse others known and unknown to the Grand Jury, to distribute and possess with intent to distribute the following:  5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, 1 kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, and marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), (b)(1)(B), (b)(1)(C), (b)(1)(D).

<u>MANNER AND MEANS OF THE CONSPIRACY</u>

2.     It was part of the conspiracy that:

A.     BRANDON FLETCHER received kilograms of cocaine, heroin, and marijuana from California-based suppliers, which were shipped to members of the FLETCHER Drug Trafficking Organization (DTO) in the Northern District of Ohio.

B.     FLETCHER arranged for the distribution of multiple kilogram shipments of cocaine, heroin, and marijuana to the Cleveland, Ohio, area from California via domestic shipping carriers.

C.  EDGAR ARTURO SANCHEZ shipped kilograms of cocaine to the Cleveland, Ohio, area from California.

D.  STEPHON CARTER, at FLETCHER's direction, collected shipments of multiple kilograms of cocaine, heroin, and marijuana shipped from California to addresses in the Northern District of Ohio.

E.  CARTER, at the direction of FLETCHER, distributed kilograms of cocaine, heroin, and marijuana to FLETCHER's customers in the Cleveland, Ohio, area including WAYNE NIX, KEVIN PHILMON, ROBERT HAWES, ROBERT POLLARD, KEVIN WILLIAMS, and others.

F.  ANTONN MELTON distributed ounce quantities of cocaine to NIX.

G.  NIX redistributed cocaine, heroin, and fentanyl to DEWITT CHISHOLM, FREDDIE MURPHY, ERIC ARMSTRONG, JAMILL MCDONALD, STEVEN BOUYER, DARCELL JACKSON, LONNIE JORDAN, and other customers in the Northern District of Ohio.

H.  PHILMON redistributed cocaine and crack cocaine to customers in the Northern District of Ohio.

I.  CHISHOLM, MURPHY, ARMSTRONG, MCDONALD, BOUYER, JACKSON, and JORDAN re-distributed cocaine, heroin, and fentanyl to customers in the Cleveland, Ohio, area.

J.  NIX used his residence on Berrimore Lane in Warrensville Heights, Ohio, to store, process, and distribute cocaine, fentanyl, and other controlled substances.

K.  PHILMON used his apartment in the Colony Apartments on Van Aken Boulevard in Cleveland, Ohio, to store, process, and distribute cocaine and crack cocaine.

L.    KEVIN PHILMON possessed a firearm to protect drugs stored at his apartment in the Colony Apartments on Van Aken Boulevard in Cleveland, Ohio.

M.    CARTER, at FLETCHER's direction, collected drug proceeds from NIX, PHILMON, HAWES, DONNIE PALMER, and others.

N.    CARTER and PALMER stored drug proceeds in the Northern District of Ohio for FLETCHER.

O.    Conspirators used multiple telephones to conduct drug trafficking activity by making and receiving telephone calls and sending and receiving text messages.

P.    Conspirators, when using cellular telephones or text messaging to conduct drug trafficking activity, used slang terms, street terminology, and code words and phrases for controlled substances to obscure and disguise the true nature of their activities and the true meaning of their conversations.

<u>ACTS IN FURTHERANCE OF THE CONSPIRACY</u>

3.    In furtherance thereof, and to effect and conceal the existence of the conspiracy, the Defendants and others performed acts in the Northern District of Ohio and elsewhere, including but not limited to the following:

4.    On May 2, 2017, at approximately 9:06 p.m., CHISHOLM had a conversation with NIX on the telephone.  After the initial greeting, CHISHOLM stated, "S--t, I'll be there in about five, ten minutes. I'm coming across Green [Road] right now."  NIX replied, "Alright, because I'm about to pull, man, hurry up."  CHISHOLM stated, "Alright don't . . . no, please, don't pull [leave], don't pull, don't pull."  NIX replied, "Alright."

5.    On May 2, 2017, at approximately 9:12 p.m., CHISHOLM pulled into the driveway of NIX's residence at 24*** Berrimore Lane, Warrensville Heights, Ohio.

CHISHOLM exited the vehicle and entered the front door of the residence.  At approximately

9:24 p.m., the garage door opened, CHISHOLM returned to his car, and departed.

6.     On May 15, 2017, at approximately 4:03 p.m., CHISHOLM had a conversation

with NIX on the telephone.  After the initial greeting, NIX asked, "What's up with it?"

CHISHOLM responded, "What's up with you?" NIX replied, "S--t."  CHISHOLM responded,

"Where you at?"  NIX replied, "I'm on Miles [Miles Road] right now, I'll be at the house [24***

Berrimore Lane, Warrensville Heights, Ohio] in two minutes.  You want me to call you when I

get there?"  CHISHOLM responded, "Yea, hey, hey, s--t, uh . . . you might have to keep trying

because I'm on the bike [motorcycle] so I might not hear that motherf--ker [phone].  But, uh,

how long you think you be [I need to meet with you to buy drugs]?"  NIX replied, "About fifteen

to twenty minutes."  CHISHOLM responded, "Alright, I'll just pull over so I can hear your

phone call."  NIX replied, "Alright."

7.     On May 15, 2017, at approximately 4:26 p.m., CHISHOLM had a conversation

with NIX on the telephone. After the initial greeting, NIX stated, "Where you at?" CHISHOLM

replied, "Maple [Maple Heights, Ohio]."  NIX responded, "I'm about to be at the house [24***

Berrimore Lane, Warrensville Heights, Ohio]."  CHISHOLM replied, "Alright, here I come."

8.     On May 15, 2017, at approximately 4:40 p.m., NIX arrived at 24*** Berrimore

Lane, Warrensville Heights, Ohio, and pulled directly into the garage.  At approximately 5:00

p.m., CHISHOLM, riding a black Harley Davidson motorcycle, pulled into NIX's driveway at

24*** Berrimore Lane.  CHISHOLM then walked to the front door and entered the residence.

9.     On May 15, 2017, at approximately 5:02 p.m., CHISHOLM had a conversation

with an unknown male [hereinafter referred to as UM] on the telephone.  The UM asked, "Where

you at, baby?"  CHISHOLM responded, "S--t, motherf--ker, where you at?"  The UM stated,

"Um, getting ready to turn on to Northfield right here at Aurora Rd." CHISHOLM asked, "Your house?" The UM stated, "I got to have me an eye-opener [cocaine]. I been smoked out. [. . .] Oh, s--t, uh, uh I got to have me an eye-opener [cocaine], I been smoking that kush s--t [marijuana]." CHISHOLM asked, "Huh?" The UM replied, "I said, I got to have me an eye-opener, I been smoking that kush." CHISHOLM replied, "Ok, ok, ok. Um, hey, listen, meet me at the, um. I meet you at the, um. I'll meet you at the Sunoco gas station, text me that real quick." The UM replied, "Alright. [. . .] What you say, at the what?" CHISHOLM replied, "The Sunoco gas station." The UM stated, "You come on [unintelligible]." CHISHOLM replied, "But, I'm on this motorcycle so, uh." The UM stated, "Ten piece, might be a twinkie." CHISHOLM stated, "Check real quick so I can know for sure." The UM replied, "Twinkie, come on, man, go on, go on, go on." CHISHOLM stated, "Alright."

10.     On June 3, 2017, at approximately 12:32 p.m., NIX had a conversation with FLETCHER on the telephone. During the telephone call NIX asked, "You know, you know what I am looking for, man [do you have any drugs]?" FLETCHER stated, "Nahh, I know, I ain't seen s--t." NIX's response was unintelligible. FLETCHER stated, "I'm looking too, s--t." NIX replied, "I couldn't really understand you, you are real inaudible." FLETCHER stated, "I said, 'I am looking too.'" NIX asked, "Oh, ok, no word yet?" FLETCHER stated, "No, no word yet [on when FLETCHER will get more drugs]." NIX stated, "Oh, okay, alright, let me know."

11.     On June 7, 2017, at approximately 9:04 p.m., NIX had a conversation with FLETCHER on the telephone. After the initial greeting, NIX asked, "What up?" FLETCHER replied, "Yo, what's going on?" NIX responded, "S--t." FLETCHER asked, "Oh, you just cooling after the game [Cavs basketball game]?" NIX responded, "Yes." FLETCHER replied, "Cross your fingers." NIX responded, "For what?" FLETCHER replied, "Yeah, among other

things." NIX responded, "Oh." FLETCHER replied, "You got something [new telephone

number]?" NIX responded, "Huh?" FLETCHER replied, "I'm about to just give you one real

quick." NIX responded, "Who you talking to?" FLETCHER replied, "You." NIX responded,

"Give me what?" FLETCHER replied, "Number [new telephone number]." NIX responded,

"Text it to me." FLETCHER replied, "I'm about to, the one I got." NIX responded, "Alright."

FLETCHER replied, "That ain't the new one, but it's just one I got."

      12.     On June 22, 2017, at approximately 5:04 p.m., NIX had a conversation with

MURPHY on the telephone. During the conversation, MURPHY stated, "He get the s--t, and he

like mix it in with some other s--t [mixes/cuts the heroin/fentanyl] he had. So I'm waiting for

him." NIX replied, "Yeah, and the new s--t, the new s--t [batch of heroin/fentanyl] fly, though

[good quality]." MURPHY asked, "You think it's better than the purple [heroin/fentanyl with a

purple hue]? I mean better than the, but it's the same color though, ain't it?" NIX replied,

"Same color, yeah, but it's fly though, I gave to my n---a. That's how I know it's fly, 'cause I

gave him fifty grams yesterday, he almost done." Later in the conversation MURPHY asked,

"Oh, ok. I wanna, I wanna see what's up with that. Probably, like, for real, but probably, to-

today, it probably tomorrow for real, for real. I could come grab some today. I wanna to see

what that s--t . . . you know what I'm sayin', if it's, uh . . . if it's, uh, better?" NIX replied, "Um,

uh." MURPHY asked, "That dude, he ain't want the other s--t [cocaine]?" NIX replied, "Uh,

talkin' the one [cocaine] from before? That sh- that s--t?" MURPHY stated, "Yeah." NIX

replied, "Only, like, it's only like fifteen grams left of that s--t [15 grams of cocaine] so I was

really leaving that for you. I was, uh . . . I'd just f--kin' with, uh, . . . f--kin' tell them s--t

anyway. You know what I'm sayin'?" MURPHY asked, "Yeah, he said that s--t [cocaine] good

though?" NIX replied, "Yeah." MURPHY replied, "Alright man, I'm, um, yeah, probably to-

probably today, if not today, tomorrow I'll come grab some. I'm just tryin' to, they get a little

lighter or a little lower, that n---a, like, had, like, the other and the other s--t . . . ."

     13.     On June 26, 2017, at approximately 10:44 a.m., NIX had a conversation with

MURPHY on the telephone. After the initial greetings, MURPHY asked, "Hey, I am going to

try and I want to try, like, basically instead of mixing that s--t, I am going to see if I could, you

know how I was doing it at first? When I was putting that half on it?" NIX replied, "Yeah."

MURPHY stated, "I wanna, I wanna try that. 'Cause, uh . . . I got, like, the s--t, I didn't notice,

basically do it like that, and I don't know what I am going to do with the other s--t, I got like fifty

grams, I don't know, I don't know what's up with it . . . like some strong ass fetty [fentanyl] but

put me, my dude, basically, he needed two, 'cause his s--t f--ked up, so I am going to come grab

one from you and, ah, go try and hit, hit, put half on it and see if they like that. Then . . . come

back and probably grab, like, fifteen [15 grams]." NIX replied, "Alright." MURPHY stated,

"Yeah, so I probably, I'm at Woodhill, so, uh, after I leave here I am going to, uh, I am going to

come, run and see you." NIX replied, "Alright."

     14.     On June 26, 2017, at approximately 12:18 p.m., NIX had a conversation with

MURPHY on the telephone. NIX stated, "Yo." MURPHY replied, "Yo, what's up? I'm, uh,

yo, I'm yeah, I'm about to come grab that from you." NIX replied, "Yo, I'm, 'bout, uh, I'm at

the motherf--kin' park now." MURPHY asked, "Oh, you at the park, you running? You ain't

got it on do you?" NIX replied, "Nope . . . I meant to, I had in my head to do that, but when I

pulled up, I forgot it." MURPHY stated, "Alright, um, oh, s--t, when you, um, when you done,

call me." NIX replied, "Yeah." MURPHY stated, "Alright, I got dude [customer] coming out

on his lunch break. See how that s--t is." NIX replied, "Alright." MURPHY stated, "Whenever

you got it, just call me." NIX replied, "Alright."

15.     On June 26, 2017, at approximately 1:03 p.m., NIX had a conversation with MURPHY on the telephone.  NIX stated, "Hello."  MURPHY asked, "What's up? What up cuz?"  NIX replied, "Hello."  MURPHY asked, "What you 'bout to say?"  NIX replied, "Uh, meet me over there by the uh, uh, uh, Emery-Green [intersection]."  MURPHY replied, "Alright."

16.     On June 26, 2017, at approximately 2:45 p.m., NIX had a conversation with MURPHY on the telephone.  MURPHY answered, "Hello . . . hello?"  NIX asked, "Where you at?"  MURPHY replied, "S--t, I'm up here."  NIX asked, "Oh, where?"  MURPHY replied, "I'm at CVS."  NIX asked, "Oh, why you ain't call me?"  MURPHY stated, "I been calling.  I kept trying to call you.  I'm like, that bitch.  I can't hear that, it won't ring."  NIX asked, "Oh, for real?"  MURPHY stated, "Yeah, I can't, I can't, I never hear nothing."  NIX replied, "Oh, alright.  Here I come."

17.     On June 26, 2017, at approximately 2:56 p.m., MURPHY arrived at the CVS Pharmacy on Emery Road in Warrensville Heights, Ohio.  Moments later, NIX arrived at the CVS.  MURPHY entered NIX's vehicle from the passenger side, and shortly thereafter, MURPHY exited the vehicle.

18.     On July 2, 2017, at approximately 7:42 p.m., NIX had a conversation with JACKSON on the telephone.  During the conversation, NIX asked, "Where you at?"  JACKSON responded, "I'm down in the, I'm down here."  NIX replied, "Ah, what you want me to bring down there?"  JACKSON replied, "Um, s--t just one [ounce of cocaine], man, that's for double, just one, I'm trying to do something."  Later in the conversation, NIX stated, "Alright, just hit me on your way back."  JACKSON asked, "How long do you think you are going to be?"  NIX

replied, "Just hit me when you are on your way back." JACKSON stated, "On the way back, ok."

19.  On July 3, 2017, at approximately 9:08 p.m., NIX had a conversation with JACKSON on the telephone. During the conversation, JACKSON stated, "Man, yesterday wasn't no good day." NIX replied, "Yeah, it wasn't. But I got some- I got somethin', I got, I got somethin' I want you to see." JACKSON stated, "Ok, for sure." NIX responded, "Yep."

20.  On July 6, 2017, between 10:30 a.m. and 9:04 p.m., NIX and MCDONALD had a text message conversation on the telephone. MCDONALD sent a text to NIX that stated, "Waiting on the verdict now [waiting on the response from the drug users as to the quality of the drugs]." NIX replied, "Yup." MCDONALD stated, "Got them few for u too bruh I'll be across in a sec i'ma f--k with the park or xf." Later, MCDONALD sent another text message that stated, "Mannnnnn they hate it bruh smh an they said the last thing wasn't to hot either but this definitely was a worse experience they ain't ever calling [the drugs MCDONALD gave his customers were not a good quality]." NIX replied, "Seriously?" MCDONALD stated, "Man dead seriously man n--a told me he don't ever wanna hear from me again." NIX replied, "Neither one?" MCDONALD stated, "Neither said they burned them an made them bleed." NIX replied, "[. . . ]???" MCDONALD stated, "Yea." NIX replied, "What about the one from the other day [the drugs that I gave you the other day]." MCDONALD replied, "Which one." NIX asked, "White?" MCDONALD replied, "They said that was cool at first but it burned they throat an made them bleed put it at 6 [when the users were using the drugs it caused them to bleed, they rate the drugs a 6 out of 10]." NIX asked, "Damn???" MCDONALD replied, "I'ma be to see u when I drop my kids show u this bro." Later in the conversation MCDONALD stated, "I got sumthin else to try." NIX replied, "Lmaooooo hell naw." MCDONALD stated,

"Lol." NIX replied, "Man try the white s--t." Later on in the conversation NIX sent a message that stated, "Man my n---as liking that s--t but I think they people go the other way." MCDONALD replied, "Got to man I ain't even heard from other folks since tht last s--t." Later in the conversation NIX asked, "Think that Q or the door burning they [. . .]???" MCDONALD replied, "It's one of them if not both." NIX asked, "So what to use?" MCDONALD replied, "I'm about to find out."

21.     On July 7, 2017, at approximately 3:27 p.m., NIX had a conversation with JACKSON on the telephone. During the conversation, NIX asked, "Yeah, what you want me to bring?" JACKSON replied, "I'm 'bout to, I'm 'bout to text you." NIX replied, "Alright."

22.     On July 7, 2017, at approximately 3:31 p.m., NIX received an incoming text from JACKSON.

23.     On July 7, 2017, at approximately 4:05 p.m., NIX had a conversation with JACKSON on the telephone. JACKSON asked, "You get it?" NIX replied, "Yeah, I'm on my way." JACKSON replied, "Ok."

24.     On July 9, 2017, at approximately 5:50 p.m., NIX had a conversation with JACKSON on the telephone. After exchanging greetings, JACKSON stated, "S--t, I'm going to need to, uh, see you a little later." NIX replied, "Alright, I will be around."

25.     On July 10, 2017, at approximately 6:26 p.m., NIX had a conversation with JACKSON on the telephone. During the conversation, NIX stated, "S--t, I'm 'bout to come outside now." JACKSON replied, "Oh, s--t, call me, then. I'm waiting on you." NIX asked, "Alright, what you want me to bring, the same thing?" JACKSON replied, "Uh huh." NIX replied, "Alright, You . . . ." JACKSON asked, "Huh?" NIX replied, "You want me to come on

uh, um, ah, you want me to come there?" JACKSON replied, "There, yep yep." NIX stated, "97th and Parkview, alright, here I come."

26.     On July 10, 2017, between 9:26 p.m. and 9:29 p.m., NIX and MCDONALD had a text message conversation on the telephone. NIX stated, "Just walked in the house gotta let I try the new one." MCDONALD asked, "It ain't guey is it?" NIX replied, "Nah but plinko told me they like the gooey shit." MCDONALD asked, "Not these people [. . .]?" NIX replied, "He said it was." NIX further replied, "But nah it's not." NIX then stated, "I did it [prepared the drugs] the right way." MCDONALD asked, "What color it turn out to be." NIX replied, "Grey." MCDONALD replied, "Ok."

27.     On July 13, 2017, at approximately 6:26 p.m., NIX had a conversation with JACKSON on the telephone. During the conversation, NIX asked, **"Um, [. . .] yeah, how long? In a few minutes, I will be on my way. Damn, man, I just took these motherf--king . . . yeah, give me a few, I'll hit you when I'm on my way. Same thing?" JACKSON replied, "Yep." NIX replied, "Alright."

28.     On July 14, 2017, at approximately 11:34 p.m., NIX had a conversation with MCDONALD on the telephone. Later in the conversation, MCDONALD stated, "Hey . . . what you get up, you getting up early?" NIX replied, "Yeah, you need me, too?" MCDONALD stated, "Yeah, get up early and do what I ask for, cook it like, like I asked you to." NIX replied, "Alright." MCDONALD replied, "Yeah, do that, and I'll meet you in the morning."

29.     On July 18, 2017, at approximately 1:44 p.m., NIX had a conversation with ARMSTRONG on the telephone. During the conversation, NIX asked, "What's up?" ARMSTRONG replied, "Yeah, I'm ready." NIX asked, "What you want?" ARMSTRONG replied, "I'm, ah, hey, I'm on, I'm at the barber shop. Um, I don't know, probably four, five

[ounces of cocaine].  Alright, I'm going to call him [customer] right now, I just had to wait for . . . ." NIX replied, "Alright bye."

30.     On July 18, 2017, at approximately 1:48 p.m., NIX had a conversation with ARMSTRONG on the telephone.  During the conversation, ARMSTRONG stated, "Yeah, he just, I just called, he said he was down the way, he had to put his car in the shop, but he is on his way up here.  I asked him what he want, he was like, 'It all depends on what it is.'  But he is on his way up here to the barber shop and then I'll . . . ."  NIX replied, "What he looking for, s--t?" ARMSTRONG stated, "I don't know how, I'm, I'm guessing I'm, I'm, I'm, I'm, want to say four [ounces of cocaine] though."  ARMSTRONG continued, "I'll let you, I'll let you know every time, 'cause I know you know, you know we good, ok?  Ok, I got you."  NIX replied, "Yes."  ARMSTRONG stated, "Just be, alright, bye."

31.     On July 18, 2017, at approximately 4:38 p.m., NIX had a conversation with MURPHY on the telephone.  After the initial greeting, NIX stated, "Yeah, I ain't seen you call me back."  MURPHY responded, "Oh, hey . . . let me ask you this, I don't want to do, what you think is on the same level [quality of drugs] as the one you just had?"  NIX replied, "Yeah, this is the same, this is the exact same [same quality as last time]."  MURPHY responded, "Oh, yeah, 'cause, I'm, you know, I'm gonna do the half s--t [cut the drugs], you know what I'm saying? N---as alright, I'm gonna see what I need, nine or eight [grams of heroin]."  NIX replied, "Huh?" MURPHY responded, "Alright, probably, ah . . . trying to think, probably like, I just probably need like eight of 'em.  No, let me . . . give me like nine [grams of heroin] of them."  NIX replied, "Alright, I got time to take a shower?"  MURPHY responded, "Ah, you can't get here? What time, how long you think it's gonna be?  Ah, you know I'm already up here, but these n--- as is like, man."  NIX replied, "They on your ass?"  MURPHY responded, "Yeah, they're like,

'We, we gotta grab something [drugs].' So basically, I guess they, I was gonna grab one of them or they either gonna mess with [buy from] the other dude [another supplier]. But I really don't want them to do that s--t." NIX replied, "No, I'll come now, meet me at CVS." MURPHY responded, "I'm already up here, though, I'm up here at Southgate. I'm at this, this spot across from Southgate." NIX replied, "What, what do you want me to do? What do you want, me at CVS?" MURPHY responded, "Alright, alright." NIX replied, "Yep."

32.     On July 18, 2017, at approximately 4:56 p.m., NIX and MURPHY met on Emery Road in Warrensville Heights, Ohio.

33.     On July 19, 2017, at approximately 10:58 a.m., NIX had a conversation with ARMSTRONG on the telephone. During the conversation, ARMSTRONG stated, "Hey!" NIX stated, "Yeah." ARMSTRONG replied, "I'm goin' on up 71st and Cedar, pick up money right now. I don't know nothin', don't ask me no questions, but I, soon as I get the money then I'll call, I'm on my way to you, ok?" NIX replied, "Yes." ARMSTRONG stated, "Alright, peace."

34.     On July 19, 2017, at approximately 12:32 p.m., NIX and ARMSTRONG met at NIX's house on Berrimore Lane in Warrensville Heights, Ohio.

35.     On July 19, 2017, at approximately 2:39 p.m., NIX had a conversation with ARMSTRONG on the telephone. During the conversation, NIX asked, "Where you at?" ARMSTRONG stated, "Just left his house, I'm following him, I'm on Shaker Square now. I'm following him to his other house right here on Chagrin and Kinsman, because I gotta get, I got some more money from him." NIX replied, "Oh, alright." ARMSTRONG replied, "Hey?" NIX stated, "Pull up to La La's house." ARMSTRONG stated, "Ok . . . [unintelligible]. Hey, he tell me . . . well, I talk about that when I get it in my hand." NIX replied, "Alright." ARMSTRONG stated, "Peace."

36.     On August 4, 2017, at approximately 1:46 p.m., NIX had a conversation with FLETCHER on the telephone.  Greetings were exchanged, and FLETCHER stated, "I just got a call [from the drug supplier], I was just double checking with you.  I didn't even ask him, I already know what it is.  I'm just double checking with you [do you need more drugs]."  NIX asked, "What you talking about?"  FLETCHER replied, "Um, for this other one [more drugs]." NIX stated, "S--t, I ain't done with the one I got [I still have drugs]."  FLETCHER replied, "I'm just asking, double checking with you.  S--t, you could have called me five minutes."  NIX stated, "Listen, do what you got to do, man.  Look, you act like I was holding you up last week." FLETCHER asked, "You said what?"  NIX stated, "You act like I was holding you up last week."  FLETCHER replied, "Well, see, with my people [drug supplier] it's different." NIX stated, "I don't know the difference, so do what you got to do."  FLETCHER replied, "Ok, I was just double checking, man.  That's all.  Pardon me, I won't do it again."  NIX stated, "Yep."

37.     On August 4, 2017, at approximately 4:01 p.m., NIX had a conversation with MURPHY on the telephone. After the initial greeting, MURPHY stated, "I'm on the west side, I'm about to come on that side [eastside]. I wanted to grab it [cocaine] and see if I can try that s--t [cutting agent] we was talking about."  NIX responded, "Oh, ok, yeah." MURPHY replied, "Yeah, I'm about to see what they [testers] say about that s--t."  NIX asked, "What they say about yesterday [did they like the quality of the heroin I sold you yesterday]?"  MURPHY replied, "My dude said, like, it seems, you know, when I first gave it to him, they said it seemed like it was a little stronger, but he really didn't like it, I don't know, you know what I'm saying? I wanted to try to put that s--t [cutting agent] on it."  NIX responded, "Right." MURPHY replied, "This is what I want to know though: Does that s--t [cutting agent], like, dissolve on it, or do it separate?" NIX responded, "The [inaudible] is something, you know what I'm saying?"

MURPHY replied, "Alright, I'm about to . . . I mean basically, I'm almost at the store right now, then I about to come straight there." NIX responded, "Alright, I'm coming from across town, so I need a couple minutes."

38. On August 4, 2017, at approximately 4:16 p.m., NIX had a conversation with MURPHY on the telephone. After the initial greeting, NIX stated, "What you want, three [three ounces of heroin]?" MURPHY replied, "Yeah." NIX responded, "Alright, you can meet me there in like fifteen minutes." MURPHY replied, "Alright, I'm coming straight there, I'm coming from Harvard."

39. On August 7, 2017, at approximately 2:49 p.m., NIX had a conversation with JACKSON on the telephone. During the conversation, NIX stated, "Yeah. What's up with it?" JACKSON stated, "I want to holler at you about that other thing . . . the same [ounce of cocaine]?" NIX replied, "Ah, where you at?" JACKSON stated, "'Bout to leave." NIX replied, "Call me when you get, ah, meet me on Lee Road? Can you, can you hear me?" JACKSON replied, "Yeah, I can hear you, you don't, you don't want to, um . . . you don't want to come down by the, ah, by the gas station?" NIX stated, "Alright, yeah, I'll come over there."

40. On August 7, 2017, at approximately 3:26 p.m., NIX had a conversation with JACKSON on the telephone. After exchanging greetings, NIX asked, "Hey, ah, you said 'Oscar' [ounce of cocaine] right?" JACKSON stated, "Yep." NIX stated, "Alright, ah, give me like twenty minutes, I'm about to jump in the shower, then I'll be down there." JACKSON replied, "Alright."

41. On August 7, 2017, at approximately 5:29 p.m., NIX had a conversation with ARMSTRONG on the telephone. During the conversation, ARMSTRONG stated, "I was gonna meet up in my way, but he [my customer] waiting on, he gotta pick his kids up from school at

six, so I'm just ride down there and go pick it [money] up, then I'll come on to you." NIX

stated, "Alright." ARMSTRONG replied, "Alright, bye."

42.     On August 8, 2017, at approximately 4:24 p.m., NIX had a conversation with

MURPHY on the telephone. Greetings were exchanged, and then MURPHY asked, "My n---a

called me with some of that s--t, you still got some [drugs]?" NIX replied, "Yeah." MURPHY

replied, "Alright, yeah, I don't know what [kind of drugs] he wanted. I'm about to run into him.

It's probably going to be, like, a couple of hours . . . ." Later in the conversation, MURPHY

stated, "Yeah, I'm, um, yeah, I'm, run, I'm about to run on the west, then I'm, uh, run into him

and see what he want to do. Then, I'm, uh, got, to, uh, get some food, then I am going to come

back up that way." NIX replied, "Alright."

43.     On August 8, 2017, between approximately 7:33 p.m. and 7:35 p.m., NIX, and

MURPHY had a text message conversation. MURPHY stated, "He ain't want shut but that same

3 [same drugs as before]." MURPHY then stated, "I was just him call you when I'm up there."

NIX replied, "Aight im gettin somethin to eat."

44.     On August 8, 2017, at approximately 6:40 p.m., NIX had a conversation with

MCDONALD on the telephone. Greetings were exchanged, and then MCDONALD asked,

"Yeah, if I was to use that [mixing agent], will it f--k it up?" NIX replied, "I don't know. That

what I am saying. I don't know. Ask, ask, Ju what he use." MCDONALD asked, "Ok, so,

yeah, uh, I think I used to . . . people used to be, used to be, use that s--t with the old school once

upon a time when they wanted to change, change the complexion. They would get that and

throw it in there, you know what I am saying?" NIX replied, "Yeah." MCDONALD stated, "I

am about to ask him, though." NIX replied, "Yeah, ask Ju, and, uh, let me know. I am about to

get . . . ." MCDONALD asked, "Alright. You about to get some of them [drugs]?" NIX replied,

"Yep." MCDONALD stated, "Hell yeah. I am about to get, do them by itself and see how it is, and if everything going, I am going to put it together [mix in cutting agent]." NIX replied, "Alright."

45.     On August 8, 2017, at approximately 7:46 p.m., NIX had a conversation with JACKSON on the telephone. During the conversation, JACKSON stated, "Ah, s--t, it's the, the norm." NIX asked, "Say what?" JACKSON stated, "I said, 'It's the norm [same quantity of drugs].'" NIX replied, "Um, I just ordered some food, soon as I get the food, I am going to hit you." JACKSON stated, "For sho."

46.     On August 8, 2017, at approximately 10:27 p.m., NIX had a conversation with JACKSON on the telephone. NIX answered the phone, and JACKSON stated, "Hey, I'm gonna f--k with Oscar [I want an ounce of cocaine], too." NIX stated, "Ok, alright. I'm 'bout to be on my way."

47.     On August 9, 2017, at approximately 7:25 a.m., a FedEx package sent from California containing multiple kilograms of drugs was delivered to 20*** Goller Avenue in Cleveland, Ohio.

48.     On August 9, 2017, at approximately 12:40 p.m., NIX had a conversation with FLETCHER on the telephone. Greetings were exchanged, and later in the conversation NIX asked, "Oh, your peoples came through, you saying [your supplier has more drugs]?" FLETCHER replied, "Huh? Yep." NIX stated, "Yeah, I, uh, yeah, that motherf--king, I don't know. I liked . . . it is too much pressure, and it ain't enough [I can't make enough money off the cocaine you want to sell me, because your price is too high]. I ain't . . . I don't even want to talk this s--t, 'cause you ain't . . . you know, you cool with it." FLETCHER asked, "What do you want me to do, man?" NIX replied, "It ain't nothing, it ain't nothing you can do obviously,

so ain't to talk about. Well s--t, I ain't, look, I ain't trying to pay this high-ass number, then have to cash out on the s--t. You know what I'm saying? I ain't trying to do all that. That's what I'm saying. Like, that, it ain't, it ain't, worth it. It ain't worth it to me. The only, only thing I can do, I got, I can't give a n---a no deals [I can't bulk unload the cocaine, because I won't make any money]. I got to go a thousand, a thousand a zip [$1,000 an ounce]. Move that s--t slow as hell, can't make no money unless I can do that." FLETCHER stated, "I'm just checking with you, my n---a." NIX replied, "Alright."

49.    On August 10, 2017, at approximately 2:20 p.m., NIX had a conversation with FLETCHER on the telephone. Greetings were exchanged, and later in the conversation NIX asked, "How much of that s--t you got, you got up here [cocaine]?" FLETCHER replied, "Uh, s--t, I only got one [kilogram of cocaine] left, but . . . ." NIX stated, "Not them, I am talking about the other s--t." FLETCHER replied, "Oh, I got like, um, eight-hundred [800 grams]." NIX asked, "It's white [fentanyl], the white s--t?" FLETCHER replied, "Yep." NIX stated, "Ah, s--t." FLETCHER asked, "Huh?" NIX replied, "I'll hit you, I'll hit you, give you a call. I might have a play [buyer for the fentanyl]." FLETCHER asked, "How much?" NIX replied, "I don't know yet, n---a." FLETCHER stated, "Oh, ok. Naw, I thought you might of, you know, knew something, because you asked how much." NIX asked, "You got enough to . . . I got a hundred [100 grams] over here . . . he like it. He act like he like it . . . I don't know. Ain't nobody got, it's now everybody scrambling. That s--t, that s--t might, um, might come back around there. Might be able to get that off, but the thing is, man, that s--t ain't, you can't do nothing to the s--t [can't put a mixing agent on it]. You know what I'm saying? A n---a want to do something to it [add a mixing agent to the drugs]. You know what I'm saying? Not even me, not even me, them n---as, you know what I'm saying?" FLETCHER replied, "I know." NIX asked, "Yeah. I would

like to too, but I am just saying. I know it ain't enough room for me, and I don't be doing s--t. Ten grams here and five there. You feel me?" FLETCHER agreed. NIX replied, "Yeah." FLETCHER stated, "Waiting on these little n---as to get here, man." NIX replied, "Yeah, I don't need it. It's real. That other s--t, like . . . seven of them left." FLETCHER asked, "Seven zips [ounces]?" NIX stated, "Yeah." FLETCHER asked, "Why you say it's a headache?" NIX replied, "'Cause, man, when I finish, I only been have made three thousand dollars. Spend a thousand a day, it seems like." FLETCHER stated, "But that don't mean you made three thousand. That just means you, that's what you trapped." NIX asked, "N---a, what?" FLETCHER replied, "So, that's just mean, that's what you trapped, that don't mean that's what you made." NIX asked, "Nah, n---a. I know that. I know the difference, you can't, n---a, I know the difference. Come on, man. I know what I made and what I trapped. N---a, I'm trapping every dollar. Yeah, I know what I made. What the f--k?" FLETCHER stated, "Alright, well s--t. Just let me know, man."

50.      On August 12, 2017, at approximately 9:03 p.m., NIX had a conversation with JACKSON on the telephone. NIX asked, "Where you at?" JACKSON stated, "Uh, up on the tracks?" NIX replied, "Oh, where you want me at?" JACKSON stated, "S--t, you can come up here, um, but, um, um, on the one though, you know on other side?" NIX stated, "You need that?" JACKSON stated, "Hell yeah." NIX replied, 'Yeah, alright well she, uh, Andy ready for me too?" JACKSON stated, "Uh, no, but, yes, but, uh, yes, same way [same type of drugs], yes."

51.      On August 14, 2017, at approximately 6:40 p.m., NIX had a conversation with BOUYER on the telephone. BOUYER stated, "I need to see you." NIX stated, "Ah s--t, I will

be on my way." BOUYER replied, "Alright, I am at home." NIX asked, "Alright what you wanted me to do?" BOUYER replied, "A one [ounce of cocaine]." NIX stated, "Alright."

52.     On August 19, 2017, at approximately 7:05 p.m., NIX had a conversation with BOUYER on the telephone. NIX asked, "What's up?" BOUYER replied, "I need to see you." NIX stated, "Alright I will be on my way." BOUYER replied, "Don't worry wherever you are at, . . . I will be here all day and all night." NIX stated, "Alright, I ain't going to be long, Pop."

53.     On August 14, 2017, at approximately 7:26 p.m., NIX had a conversation with ARMSTRONG on the telephone. After initial greetings, ARMSTRONG stated, "I been waiting on that n---a [my customer] to call he just called me, he wanted to know if it's anything a 'lil better, is it different, I am going to say 'yeah' anyway." NIX stated, "Alright, well tell him then, s--t." ARMSTRONG replied, "Man, I got to tell you something too when I see you." NIX replied, "Alright."

54.     On August 16, 2017, at approximately 9:51 p.m., NIX had a conversation with ARMSTRONG on the telephone. After initial greetings, ARMSTRONG stated, "He [my customer] was salty, man." NIX asked, "What he say?' ARMSTRONG stated, "He really, he just look, just want you to know, that, that, you know, the other, the, the stuff, you know, just too different he was salty, he was like, 'It is too much bulls---t [cut/mixing agent],' I, I swear to him that you didn't [add cut into the drugs], but he was salty." NIX asked, "So what he want me to do?" ARMSTRONG stated, "He is real salty [upset]." NIX replied, "Tell him I will fix it." Later in the conversation, NIX stated, "Break, see what he say, see what he say, tell him what's wrong with it, ask him what is wrong with it, you know what I'm saying?" ARMSTRONG replied, "He said, he said, it's got too you-know-what [cut] on it." NIX stated, "Tell him that ain't what it is, tell him it is the other thing." ARMSTRONG stated, "No, yeah, yeah, he said,

21

'Yeah.' He said it got a lot of that, that's what he said, what I said. Just let, let you know . . . ." NIX replied, "Yeah, oh, ok, ok, ok. Well, tell him that is all I have but I mean, whatever he want to do, tell him I will straighten him out." ARMSTRONG stated, "Alright. I'm a goin', I'll call him."

55.     On August 17, 2017, at approximately 3:47 p.m., NIX had a conversation with ARMSTRONG on the telephone. During the conversation, ARMSTRONG stated, "Man, this guy done called me four times, since I've been at work, I just got off work. I'm on my way to the barber shop. He talking about, man, if he could get, some, get that right, or get some money back or something. I told him I don't know, I have to call you. 'Cause he keep saying, he ain't he wasn't happy. But I'm just, called to ask you. I don't really, I don't want to lose him [as a customer] but I'm just sharing it with you." NIX replied, "How much money does he want back?" ARMSTRONG replied, "I don't, he ain't even say, WAYNE, he wanted, he just a, he just asked me what I just asked you." NIX asked, "You gonna give him part of your hand [profit] back?" ARMSTRONG replied, "I mean, if I have to. I don't want to." NIX stated, "How much money he, he want back? Tell him I'll give him five hundred [$500] back, and you could put whatever on top of that or whatever." ARMSTRONG stated, "You give him 500 . . . ." NIX interjected, "And he owe me, and he owe me five hundred." ARMSTRONG stated, "Yeah, yeah, but, yeah, [unintelligible] you know he, I just know he's gonna keep coming but, I, I give you two, I'll give him two hundred [$200], man, 'cause I'm, one car going to the shop today, I'm getting, I'm get my sunroof put on. [Unintelligible] s--t, n---a gonna fix it on 93rd. [Unintelligible] trying on that, but I will do it just to keep him." NIX stated, "I'll give him five hundred back." ARMSTRONG stated, "Alright, well I'm going to work, [unintelligible] I'll call, I'll tell him, I'll call you when I get off at 7:45, that's alright." NIX stated, "Uh, huh."

22

56.     On August 17, 2017, at approximately 2:57 p.m., NIX had a conversation with JACKSON on the telephone.  During the conversation, JACKSON stated, "Hey s--t, I was, I was trying to see what is up with Oscar [cocaine] and Old Boy [heroin]?"  NIX asked, "Alright, where you at?"  JACKSON sated, "I'm probably going to be like, like a half an hour."  NIX stated, "Alright, uh, s--t, I'm waiting on you."

57.     On August 17, 2017, at approximately 4:02 p.m., NIX had a conversation with JACKSON on the telephone.   JACKSON answered the phone, and NIX stated, "I'm over here."  JACKSON stated, "Alright I'm pulling up."

58.     On August 21, 2017, at approximately 11:40 a.m., NIX had a conversation with ARMSTRONG on the telephone.  During the conversation, NIX stated, "Tell him I got the white one."  ARMSTRONG stated, "Uh."  NIX stated, "Nah, what do you want, fifty?"  ARMSTRONG stated, "At least, yeah, but she want, she want the reggie.  Hopefully [unintelligible] 'cause I need, you know?"  NIX replied, "Yeah."  ARMSTRONG stated, "They called me, they called me three times.  I [unintelligible] need it 'cause I'm at work, I don't get out till 3:30.  Well, I need it asp [as soon as possible], like, soon as I get off the freeway to meet her [unintelligible], you know?"  NIX stated, "Alright, alright, alright."  ARMSTRONG stated, "If you got to do it like that, you got to do some [unintelligible] better recipe or something.  South recipe, [unintelligible] dog recipe.  So, I will see you, ok?"  NIX replied, "Alright."

59.     On August 21, 2017, at approximately 6:35 p.m., NIX had a conversation with JACKSON on the telephone.  During the conversation, JACKSON stated, "Ah, okay, so I was gonna f--k with that n---a Oscar [I want an ounce of cocaine]."  NIX asked, "Wh—, ah, where you at?"  JACKSON replied, "At my way."  NIX stated, "I'll be around there in a minute . . . .

Ah, ok, yeah, you ain't, um, you ain't ready on the other side [heroin], [unintelligible], I got, I got, I got about, ah, about that left?" JACKSON stated, "Damn, no."

60.     On August 22, 2017, at approximately 3:21 p.m., NIX had a conversation with BOUYER on the telephone. During the conversation, NIX asked, "Alright, what huh, how you want it?" BOUYER replied, "One [ounce of cocaine]." NIX replied, "Alright here I come."

61.     On August 22, 2017, at approximately 5:42 p.m., NIX and BOUYER had a conversation on the telephone. During the conversation, NIX asked, "Am I cool?" BOUYER replied, "Nahh I got two. Two, like, one-two." NIX asked, "Two, you need two right now?" BOUYER replied, "Yeah, whenever you get a chance." NIX stated, "Alright I will be over there."

62.     On August 22, 2017, at approximately 5:44 p.m., NIX and BOUYER had a conversation on the telephone. NIX stated, "Hello?" and BOUYER replied, "Two and a half." NIX stated, "Alright."

63.     On August 23, 2017, at approximately 4:01 p.m., NIX and BOUYER had a conversation on the telephone. NIX stated, "I'll come back out." BOUYER stated, "I need to see you! Hello?" NIX asked, "What's up?" BOUYER stated, "I need to see you! Hello, hello?" NIX replied, "Ah, alright, um, alright, look I'm in Akron, soon as I get back, I'm gonna be over there." BOUYER replied, "Okay, a one [ounce of cocaine]." NIX replied, "Alright."

64.     On August 29, 2017, at approximately 1:22 p.m., NIX had a conversation with BOUYER on the telephone. During the conversation, BOUYER stated, "I need to see you, but I have to pick up my daughter up at three." NIX replied, "Oh, yeah, yeah, alright, uh, I'll just come after that, somewhere around . . . ." BOUYER replied, "One, uh, one and a half [1.5 ounces]." NIX stated, "Alright."

65.     On August 29, 2017, at approximately 1:47 p.m., NIX had a conversation with ARMSTRONG on the telephone.  After exchanging greetings, NIX asked, "Hey, what he want?"  ARMSTRONG stated, "I, I guess the same way."  NIX replied, "Alright."  ARMSTRONG stated, "Hey, but listen."  NIX replied, "Yeah."  ARMSTRONG stated, "So that n---a, he ain't talk no s--t last time, he ain't say nothing.  You know what I'm saying, so that n---a always talking s--t, he sho starting to call me all sort of names."  NIX stated, "Ain't he.  He, he . . . ."  ARMSTRONG stated, "I love it."  NIX asked, "He just don't . . . ."  ARMSTRONG asked, "Huh?"  NIX replied, "He just feel like, he, he just feel like a n---a might be getting over, or something."  ARMSTRONG stated, "He just want to feel that way though, but it's a yeah."  NIX stated, "He just want to, he wanna, n---a wanna complain."

66.     On August 29, 2017, at approximately 4:14 p.m., NIX and JORDAN had a conversation on the telephone.  During the conversation, JORDAN stated, "Trying to zip my jacket up [I want to buy an ounce of cocaine]."  NIX later replied, "Alright, give me a few minutes.  I got to . . . I am on Lee Road now, but I have to grab it.  I'll be back."  JORDAN stated, "Alright."

67.     On August 29, 2017, at approximately 6:06 p.m., JORDAN sent a text message to NIX that stated, "One more [I want to buy another ounce of cocaine]."  NIX replied, "I'll be at my house [on Berrimore Lane] in 20."  JORDAN replied, "Okay."

68.     On August 30, 2017, at approximately 4:49 p.m., NIX had a conversation with JACKSON on the telephone.  JACKSON asked, "You ready?"  NIX replied, "Yeah, where you at?"  JACKSON stated, "Okay, I'm about to be pulling up."  NIX stated, "Hey, hold on, you want an Oscar [ounce of cocaine]?"  JACKSON stated, "Yep."  NIX replied, "Alright."  JACKSON stated, "Okay."

69.     On August 30, 2017, at approximately 4:59 p.m., NIX had a conversation with JACKSON on the telephone. JACKSON stated, "Yeah, I'm in the, ah, driveway." NIX replied, "Alright, I'm about to be there in five minutes." JACKSON stated, "Oh, okay."

70.     On August 31, 2017, at approximately 7:34 a.m., a FedEx package containing multiple kilograms of drugs from California was delivered to 20*** Goller Avenue in Cleveland, Ohio.

71.     On August 31, 2017, at approximately 9:07 a.m., FLETCHER had a conversation with HAWES on the telephone. FLETCHER asked, "What's happening with you [do you need to buy drugs]?" HAWES replied, "Hang on, man . . . ah, about to get up and out, well not, I'm walking out the door now . . . I'm about to go over my peoples' house [drug customer] real quick and make sure he coasting [has enough drugs], then I'll be seeing you in a couple minutes." FLETCHER replied, "Ok."

72.     On August 31, 2017, at approximately 9:32 a.m., FLETCHER had a conversation with HAWES on the telephone. FLETCHER asked, "What's up with you?" HAWES replied, "Um, is that, is that gonna be the end of it [do you have any more drugs left to sell]? You ready now [do you have drugs to sell], right?" FLETCHER responded, "Yeah, yep [yes I have drugs to sell]." HAWES replied, "Oh, I said, 'Is that going to be the end of it?' Can I come get that one [kilogram of cocaine]?" FLETCHER stated, "Ah . . . naw, it's, um, I got two [kilograms] left." HAWES replied, "Ok, well, naw, I was just, I was just, I was just, wondered if you was going to be . . . if that was going to be it [any more drugs for sale] or not." FLETCHER stated, "If you want them [the kilograms of cocaine], you can take them [drugs], but I'm trying to, you know." HAWES responded, "Well, naw, naw, naw, I'll just go, you know how I do it, you know, I'll come see you there, I be back, and I'll let you know what the deal is [how much drugs I want]."

FLETCHER stated, "Ok, 'cause, ah, he [drug supplier] told me if I can see him [drug supplier] today, I could see him [drug supplier] again before the weekend over with, because it about to be a long weekend, so after the long weekend, you know, it won't be nothing [no drugs] until next week." HAWES replied, "Right, right, I got you . . . um, alright, well, um, what time he'll [drug courier] be up there? Or he gonna be a . . . ." FLETCHER stated, "He [drug courier] waiting on me to call him [drug courier]. I already put the word in." HAWES replied, "Hold on . . . . What area he [drug courier] in, Maple [Maple Heights, Ohio] or, or?" FLETCHER responded, "He [drug courier] in Maple [Maple Heights, Ohio] right now, yeah." HAWES asked, "Is more convenient for him [drug courier]?" FLETCHER stated, "Um, I mean, yeah, he in Maple [Maple Heights, Ohio]." HAWES replied, "Alright, alright, well, call him [courier] and see real quick, I mean I'm in Maple [Maple Heights, Ohio] right now, so just . . . ." FLETCHER asked, "Ok, that's more convenient for you, too?" HAWES replied, "I mean, yeah, I'm right here [Maple Heights, Ohio], I'd rather, instead of driving across the town." FLETCHER stated, "Ok, I got you, I got you, let me call him [courier] real quick. Where do you want him [courier] to go?" HAWES stated, "Alright, I mean s--t, ah, try the clothes spot [a location in Maple Heights, Ohio to conduct a drug transaction] that he [courier] had originally was talking about the one time, he'll [courier] know." FLETCHER replied, "Ok." HAWES stated, "The clothes spot he [courier] had told me about the one time, we ain't go [we went to a different location to conduct the drug transaction] because it was closed, but . . . ." FLETCHER stated, "Yeah, it's probably like that right now, though [the location HAWES wants to meet the drug supplier is closed]." HAWES replied, "Naw." FLETCHER asked, "At nine?" HAWES replied, "It's 9:35 by the time within the next ten minutes, it be cool [meet to conduct a drug transaction]." FLETCHER replied, "Ok."

73.     On August 31, 2017, at approximately 9:38 a.m., FLETCHER had a conversation with HAWES on the telephone. HAWES answered, "Hello?" FLETCHER responded, "Yep, five minutes [the drug courier will meet you in five minutes to conduct the drug transaction]." HAWES replied, "Alright."

74.     On August 31, 2017, at approximately 9:42 a.m., FLETCHER had a conversation with HAWES on the telephone. HAWES answered, "Hello?" FLETCHER replied, "Yo." HAWES asked, "Huh?" FLETCHER responded, "He [drug courier] up there, but he said he going to go across the street to the gyro spot." HAWES asked, "To the gyro spot?" FLETCHER stated, "Yeah, right there." HAWES replied, "Ok, well I'm about to pull up, ok." FLETCHER stated, "Yeah, he [drug courier] said there is a couple cars over there, people just sitting in them and s--t, like they waiting to go to work, so he didn't want to." HAWES stated, "Ok, well, tell him [drug courier] I'm about to pull up in the gyro spot." FLETCHER stated, "Ok." HAWES stated, "In two seconds, in like one minute." FLETCHER stated, "Oh, he [courier] there, so." HAWES stated, "Ok, well I'm at the light, alright." FLETCHER responded, "Ok."

75.     On August 31, 2017, at approximately 9:53 p.m., NIX and JORDAN had a conversation on the telephone. NIX stated, "Hello?" JORDAN replied, "What's up De-von?" NIX asked, "What's happening?" JORDAN replied, "De-breeshie keys!" NIX stated, "Yes." JORDAN replied, "Ah this, uh, I got half [of the money] now, I have the half in the morning, man. Oscar Robinson [I want an ounce of cocaine]." NIX asked "Where you at, though?" JORDAN replied, "Right now, I'm in Garfield." NIX stated, "Oh, well call me when you get around. I'm about to jump in the shower and I'll be in the neighborhood." JORDAN asked, "Where you want me to go, though? I got somebody with me, I don't want to go to the pad [your house on Berrimore Lane]. I got a little broad with me and s--t." NIX replied, "Uh, come

28

up to, uh, pull up to, uh, Chop Bar." JORDAN stated, "Alright, bet. Aight."

76.     On August 31, 2017, at approximately 10:49 a.m., FLETCHER had a
conversation with the California drug supplier on the telephone. After initial greetings, the
supplier stated, "My cousin [drug courier] on the way [to Atlanta, Georgia] already."
FLETCHER responded, "Alright." The supplier asked, "So we going to try and do this s--t
tomorrow again [the drug shipment will arrive tomorrow]?" FLETCHER replied, "Alright."
The supplier stated, "Just waiting for, ah, you said ten thirty [time the shipment is supposed to
arrive], but you never sent [text] me the name." FLETCHER stated, "Oh yeah, yeah, yeah, I got
you." The supplier replied, "What about the green [marijuana]?" FLETCHER stated, "It's
[marijuana] still sitting there [I have not sold it]." The supplier stated, "Try about give me . . .
about four-fifty [$450] for them [pounds of marijuana], f--k it." FLETCHER replied, "They
[drug customers] don't want it [marijuana], man, I already done tried everything, they [drug
customers] don't want it [marijuana]." The supplier stated, "Man, f--k it, four hundred [$400 per
pound], I lose fifty bucks on it [marijuana]." FLETCHER asked, "You say what?" The supplier
stated, "Four hundred [$400] for each fight [pound of marijuana], call me back, four hundred
[$400], that's a good number [price per pound], man." FLETCHER stated, "It ain't about it
being a good number [price per pound], they don't want it [marijuana], like." The supplier
stated, "Maybe somebody can mess with it, just [talking over each other], I'll give them L.A.
[Los Angeles, California] prices [$400 per pound of marijuana]." FLETCHER replied, "I'll ask
[my drug customers] again." The supplier replied, "Alright."

77.     On August 31, 2017, at approximately 12:00 p.m., FLETCHER had a
conversation with HAWES on the telephone. HAWES stated, "Hey. See what area he [drug
courier] in." FLETCHER stated, "Probably Maple [Maple Heights, Ohio]." HAWES stated,

"Ok, well, ask him [drug courier] what time he [drug courier] can be there [a location to conduct a drug transaction]." FLETCHER stated, "Alright. Um, I'm going to tell him [drug courier] right now." HAWES replied, "Alright." FLETCHER stated, "He'll [drug courier] probably be right up there." HAWES replied, "Ok." FLETCHER stated, "Alright." HAWES stated, "Well, call me back and let me know where [where to meet the drug courier to conduct the drug transaction]." FLETCHER stated, "Ok." HAWES asked, "Same place? Or, I don't know . . . ." FLETCHER stated, "Go to the grocery [a location to conduct a drug transaction]." HAWES answered, "Alright."

78.    On August 31, 2017, at approximately 12:05 p.m., FLETCHER had a conversation with HAWES on the telephone. FLETCHER stated, "Ok, 'cause this is over with tomorrow [all the drugs will be sold by tomorrow]." HAWES replied, "Ok, alright, that'll work. Um . . . you got . . . I don't want . . . it don't make no sense to give it to me on this [telephone]. Let me, um . . . ." FLETCHER responded, "No, no, no. I'm going to shoot it to you [send you a text message] on the other one [a different telephone]." HAWES replied, "I don't even like that one [telephone], man. Give a minute, and I'll give you a number [different telephone] to call real quick." FLETCHER replied, "Ok."

79.    On August 31, 2017, at approximately 12:06 p.m., FLETCHER had a conversation with HAWES on the telephone. HAWES answered, "Hello?" FLETCHER stated, "Just give it [new phone number] to Cuz [CARTER], and he [CARTER] can text it [HAWES' other phone number] to me from his other one, from the same line." HAWES replied, "Ok."

80.    On August 31, 2017, at approximately 1:45 p.m., FLETCHER had a conversation with HAWES on the telephone. FLETCHER stated, "Cuz [CARTER] just hit [called] me back. He [CARTER] said 180 [$180] off [short]. But he [CARTER] said there was two of them [stacks

of money] that was 100 [$100] short and one [stack of money] was 20 [$20] over." HAWES asked, "You say it was 180 [$180] off [short]?" FLETCHER responded, "Yeah, two of them [stacks of money] that was 100 [$100] short, and one [stack of money] was 20 [$20] over." HAWES replied, "Ok, ok, aright, I'll get with [CARTER] . . . I'll call you when I get back down that way." FLETCHER stated, "Yeah, yeah, yeah, that's cool. I was just thinking about it." HAWES stated, "Ok, got you."

81.    On August 31, 2017, at approximately 1:53 p.m., FLETCHER had a conversation with WILLIAMS on the telephone. After the initial greetings, FLETCHER stated, "He said he coming from the Steel Yard. He about to go grab it, and then he gonna meet STEPH [CARTER], and then I'll call you." WILLIAMS replied, "Alright, that's a bet." FLETCHER asked, "Yeah. I don't even know why he be wanting to do, ugh . . . you on speaker?" WILLIAMS replied, "Yeah, I got you on speaker." FLETCHER asked, "Oh, ok. I was wondering why I could hear myself. But the only reason he be doing that, you know, he want the extra quarter, because he be coming through me. You see what I'm saying?" WILLIAMS replied, "You say he want what? Oh, the extra quarter. Yeah, s--t I know that's good though." FLETCHER continued, "Coming through me, so it was like, you feel me? He be . . . he go all the way, but you know what I'm saying, he still have some lingering around." WILLIAMS replied, "N---a going to have to start doubling the orders up." FLETCHER replied, "Yeah, you know I be doing that little, f--king, the little lookout for you just 'cause. You feel me?" WILLIAMS stated, "Yep. I feel it. We going to have to, you know, double order s--t though. They tearing up in s--t too quick." FLETCHER replied, "Yeah. That's what I'm saying. Let me tell bro, you are better off coming to me if you can. You feel me?" WILLIAMS stated, "Yeah." FLETCHER replied, "I'm just keeping it funky. I mean, it work out better for you." WILLIAMS

stated, "Yeah, it work out way better. N---a ain't keep gotta do all this." FLETCHER replied, "I mean, you know what I'm saying? You know you going to get rid of me. You feel me? I ain't no mystery." WILLIAMS stated, "That ain't no mystery. I'm just making sure that is one hundred." FLETCHER replied, "Oh no! I told you we good, bro, you got assured. If you don't like something, you call me back. S--t." WILLIAMS questioned, "We like din, din we just double you know?" FLETCHER replied, "Yeah. I ain't playing no games with you, my n---a. I'm still waiting to be in pocket. I should be in pocket real soon." WILLIAMS asked, "You say real soon? How long old boy talking about? An hour?" FLETCHER replied, "Won't be that long. My n---a ain't one of them n---as." WILLIAMS stated, "Oh, well that's perfect then." FLETCHER replied, "I'll call you as soon as STEPH [CARTER] got it in hand." WILLIAMS stated, "Alright."

82.     On August 31, 2017, at approximately 2:36 p.m., FLETCHER had a conversation with WILLIAMS on the telephone. After initial greetings FLETCHER asked, "He on his way . . . he just met bro, so he about to be on his way up, up to, to the hood. You in the hood already?" WILLIAMS replied, "Yeah, I'm already up here waiting." FLETCHER stated, "Alright. I'll call you as soon as STEPH [CARTER] pull up around the corner." WILLIAMS replied, "Alright."

83.     On August 31, 2017, at approximately 2:59 p.m., FLETCHER had a conversation with WILLIAMS on the telephone. After initial greetings WILLIAMS asked, "What's good man?" FLETCHER replied, "Chilling. You close?" WILLIAMS replied, "Yeah. I'm coming down Chagrin. It's just rush hour. All this f—kin' traffic." FLETCHER stated, "Oh, ok. He was just asking me if he had time to run to the gas station and come back real quick. That's all I was asking." WILLIAMS replied, "He going to the one on one-eighty-ninth? I mean on Harvard? He got enough time to run there and back. I'm going to be probably like six minutes. I'm right

here at Highland Hills." FLETCHER stated, "Alright. I might just have him wait for you then." WILLIAMS replied, "Alright."

84.     August 31, 2017, at approximately 3:11 p.m., FLETCHER had a conversation with WILLIAMS on the telephone. WILLIAMS answered, "Hello?" FLETCHER replied, "Yeah, you still on the same schedule?" WILLIAMS asked, "We still on the same schedule?" FLETCHER replied, "Yeah, he said you will have it, but you just grabbed it up from my dude and s--t. But, dude got 'em from you know . . . I got 'em for my dude. A whole one." WILLIAMS stated, "Yeah, that what I say . . . s--t. You put your name on it, then everything good." FLETCHER replied, "Yeah, you good." WILLIAMS stated, "I ask a n---a if it coming from a third party. I'm definitely going to ask a n---a." FLETCHER replied, "Yeah, no I told you, I told you already. Dude got it from me, n---a. That's what I'm trying to tell you without saying that directly, like, he just happen to have something left. You see what I'm saying?" WILLIAMS stated, "I get what you are saying, babe, but it's Cleveland, n---a. N---as be touching this, touching that [cutting drugs and lowering the quality]." FLETCHER replied, "Oh, no, no, no . . . we [members of FLETCHER's organization] don't play like that. You still got to come back and see me, you know what I'm saying like that?" WILLIAMS stated, "That what I said to n---as stuff. You said it's good, then it's good." FLETCHER replied, "Yeah, n---a, you still got a . . . I ain't about to do that. I ain't doing that, you know what I mean? Like, I got a nice move." WILLIAMS asked, "Wait though, like you ain't been in the city for a minute [you haven't been to Cleveland in a while]. Like, n---as out here, you know what I'm saying?" FLETCHER replied, "I . . . with all them type of n---as either." WILLIAMS stated, "You right about that." FLETCHER replied, "I don't with no f--ked n---as, like, I don't . . . my circle's sweet." WILLIAMS stated, "You right." FLETCHER replied, "I don't f--k with too many n---

as or nothing." WILLIAMS stated, "That the best way to be, my n---a." FLETCHER replied, "That n---a said, s--t you . . . I'll ask myself. It's straight? And he said, 'I give the same way you gave it to me.' Alright, cool." WILLIAMS stated, "I get it. I get what you are saying. I'm, like I said, I'm fully aware. Send Buddha to go see somebody. Everything got to be hundred. I get what you're saying." FLETCHER replied, "Right, this ain't one them knucklehead n---as, or when one of them n---as . . . that you know. I wouldn't even call one of them." WILLIAMS stated, ". . . n---a your way." FLETCHER asked, "Huh?" WILLIAMS replied, "I said, n---a would even send a knucklehead n---a your way, though." FLETCHER stated, "Exactly. That's what I'm saying. I'm not about to do that. I wouldn't even go back to a n---a who I think played that. I ain't doing that." WILLIAMS replied, "I feel it, n---a. Let me off  . . . Highland Hills. I'll call you when I get back to the house." FLETCHER replied, "Alright bet."

85.    On August 31, 2017, at approximately 4:14 p.m., FLETCHER had a conversation with the California drug supplier on the telephone. After initial greetings, FLETCHER stated, "Boy, I wish I had about five or six of them [kilograms of cocaine/heroin] motherf--kers, man." The supplier replied, "[Unintelligible] you can have more [kilograms of cocaine] tomorrow, no, Saturday." FLETCHER stated, "Man, ain't no way you can do it [can you ship more kilograms of cocaine/heroin] today?" The supplier replied, "No, [unintelligible] money [no money, no drugs]." FLETCHER responded, "F--k, man." The supplier stated, "You know that we're using peoples [Mexican Drug Cartel] money to buy work [kilograms of drugs]." FLETCHER replied, "Yeah, I got 'em, everything [money] ready, where your cuz at?" The supplier responded, "Huh?" FLETCHER asked, "I said, where your people at?" The supplier stated, "He [courier] get there at three [3:00 p.m.], or he [courier] probably about to get a room. You ready?" FLETCHER answered, "Yeah." The supplier asked, "How much [money] you got?"

FLETCHER replied, "Uh, sixty [$60,000]." The supplier asked, "Huh?" FLETCHER
responded, "Huh?" The supplier asked, "How much [how much money do you have]?"
FLETCHER replied, "Sixty [$60,000]." The supplier asked, "What you mean, 'Sixty'?"
FLETCHER replied, "Six, zero, sixty." The supplier replied, "Should give me more [money]
than that [$60,000]." FLETCHER asked, "You say what?" The supplier stated, "You need to
give me more than that [FLETCHER owes the supplier more than $60,000 for the drugs]."
FLETCHER stated, "I know that, brother." The supplier stated, "Supposed to give me sixty-two
[$62,000]." FLETCHER asked, "Man, why you . . . you just can't be satisfied, man?" The
supplier replied, "You only giving me two thousand dollars [unintelligible], huh?" FLETCHER
stated, "Hey, I'm giving it [money] to you, bro." The supplier stated, "Yeah, [unintelligible]
from the beginning." FLETCHER stated, "I know what you talking about already." The
supplier stated, "Alright, well you better give it [$2,000 drug debt] to me on the next round
[shipment of drugs] then, the rest [money owed]." FLETCHER replied, "You'll get it [$2,000],
man." The supplier replied, "Huh?" FLETCHER stated, "I said, you'll get it [$2,000], man, he
just didn't see my boy [drug customer who owes FLETCHER money] today, that's all." The
supplier replied, "Alright, I'll call you right now soon as he [drug courier] tell me where he got it
[kilograms of cocaine]." FLETCHER stated, "My dude [drug customer] still owe me a couple
bucks, ya know what I'm sayin'?" The supplier stated, "[U/I] tell him [FLETCHER drug
customer] to get it [money owed] to you." FLETCHER stated, "If he [drug customer] got it
[money], if he had it [money], I'd have it [money]." The supplier stated, "Mmm hmm. It's
always somebody [drug customer] owing [owing money for drug debt], huh?" FLETCHER
stated, "Always, man, it's just that one though, 'cause I had gave him [drug customer] that [an
amount of drugs] and, ya know what I'm sayin', he [drug customer] paid me after he did it [sold

the drugs], ya know what I'm sayin'?" The supplier stated, "Alright then. Let me see where the f--k is this guy [courier] at, I'll call you right now."

86.     On August 31, 2017, at approximately 4:37 p.m., FLETCHER had a conversation with the California drug supplier. FLETCHER stated, "What up?" The supplier replied, "Yep." FLETCHER stated, "My boy [DTO member] just picked up that little, um, that sample [sample of drugs]." The supplier replied, "Yeah." FLETCHER replied, "Once he [DTO member], um, once he let me know what's up [the quality of the drugs is good], you got that [more drugs] on hand, or no?" The supplier replied, "I have it." FLETCHER stated, "Okay, and if not . . . ." The supplier replied, "Yeah, but it's gonna be cash out too, I don't want no drama [drugs for money]." FLETCHER responded, "No, ain't gonna be no drama." The supplier stated, "Right." FLETCHER stated, "And I'm sayin', if it's right [the quality of the drugs], it's right." The supplier replied, "You tell me [if it is good quality drugs], and I'll send it [drugs] tomorrow." FLETCHER replied, "Yeah, that's what I'm trying to tell him, but, um, but if not, can we do, um, three [an amount of drugs] of the [unintelligible], or no?" The supplier responded, "Huh?" FLETCHER again stated, "I said, if not, is it possible to do three [an amount of drugs] [unintelligible]?" The supplier replied, "Yeah, I'mma do, I told you I was gonna do three [kilograms], I'm gonna do three [kilograms]." FLETCHER responded, "Oh, ok, alright." The supplier asked, "They [FLETCHER's drug customers] gonna be ready?" FLETCHER replied, "Yeah." The supplier stated, "Soon, so I can come back, on like, Sunday?" FLETCHER asked, "So your people [drug courier] can come back Sunday?" The supplier replied, "Or Monday, 'cause it's a holiday." FLETCHER stated, "Yeah, that'd be good." The supplier replied, "'Cause it, like, this guy [drug courier] don't work, the other guys [other drug couriers] work [have legitimate jobs], that's the whole thing, that's why they only could go certain days."

FLETCHER stated, "Yeah, tomorrow, the first [September 1, 2017]." The supplier replied, "I know, so if you're done [selling drugs] by Monday, I'll send two [kilograms] then, 'cause on Monday [U/I] is a holiday." FLETCHER responded, "Mmm hmm." The supplier stated, "And I'll send two [kilograms] again. But it'll be lovely, if your boy [DTO member] like the other one [drugs], way better for me." FLETCHER stated, "That's what I'm hopin', be better for everyone." The supplier replied, "So you can [unintelligible] some money for me, and so you can f--kin' help me sell that one [kilograms] and [unintelligible] f--kin' figure out some people that I owe." FLETCHER stated, "Alright."

87.     On August 31, 2017, at approximately 6:11 p.m., FLETCHER had a conversation with the California drug supplier on the telephone. FLETCHER asked, "Did you get the address [sent via text message]?" The supplier replied, "And what time are you going?" FLETCHER stated, "Uh, he [DTO member] should be leaving out in a minute." The supplier replied, "Alright." FLETCHER also stated, "Alright."

88.     On August 31, 2017, at approximately 7:39 p.m., FLETCHER had a conversation with the California drug supplier on the telephone. FLETCHER stated, "Yeah, he [DTO member] be there [location to conduct a drug transaction] in like twenty minutes." The supplier asked, "No, I know, um, they [DTO member] haven't told you [about the quality of the drugs] nothing about the sample?" FLETCHER replied, "No, not yet." The supplier replied, "Alright." FLETCHER also responded, "Alright."

89.     On August 31, 2017, at approximately 8:56 p.m., FLETCHER had a conversation with the California drug supplier on the telephone. After initial greetings, the supplier asked, "What happened?" FLETCHER replied, "Nothing, just making sure you talked to your people [drug courier]." The supplier responded, "Yeah they [drug courier] there." FLETCHER asked,

"Alright, everything straight [are we good to conduct this drug transaction]?" The supplier replied, "Alright. They [drug tester] haven't called you?" FLETCHER responded, "Huh?" The supplier replied, "They [drug tester] haven't called you?" FLETCHER stated, "No, not yet." The supplier replied, "Alright." FLETCHER stated, "He [drug tester] probably ain't gonna really do it [test the quality of the heroin] until the morning, for real, 'cause that's when you can get the best, ya know, the best knowledge, ya know?" The supplier replied, "Alright." FLETCHER stated, "I just, I gave it [heroin sample] to him [drug tester] today, though, so." The supplier replied, "Alright." FLETCHER stated, "Umm, you, um, when you want me to shoot you [text message] the info [an address]." The supplier responded, "Tomorrow." FLETCHER stated, "Alright." The supplier responded, "Alright."

90.     On September 1, 2017, at approximately 10:40 a.m., FLETCHER had a conversation with the California drug supplier on the telephone. After initial greetings the supplier stated, "Send [text] me the info [an address]." FLETCHER replied, "Alright, we good [are we okay to conduct the drug transaction]?" The supplier stated, "Um, what else was I going to tell you? Uh, wherever [the courier will meet you wherever you want to conduct the drug transaction], you know [unintelligible] what to do." FLETCHER responded, "Okay, yeah, I just want to let you know, I just talked to him not too long ago, and he said he ain't heard nothing yet." The supplier replied, "Alright, cool." FLETCHER responded, "Alright, bet."

91.     On September 2, 2017, at approximately 1:58 p.m., NIX had a conversation with JACKSON on the telephone. During the conversation, NIX stated, "I, I still got, ahh, something on the other side too, I'll give it to you for a deal or whatever. Till I get something, till I get something super [unintelligible] fire [good quality], you feel me?" JACKSON replied, "Yeah." NIX replied, "Yeah." JACKSON stated, "Okay." NIX stated, "Let me know." JACKSON

stated, "Yep."

92.     On September 2, 2017, at approximately 3:50 p.m., NIX had a conversation with JACKSON on the telephone.  NIX answered the phone and stated, "What's up?"  JACKSON stated, "S--t, waiting on you."  NIX asked, "Where you at?"  JACKSON stated, "On my way." NIX stated, "Alright, here I come."  JACKSON stated, "Alright."

93.     On September 2, 2017, at approximately 7:15 p.m., NIX had a conversation with JORDAN on the telephone. NIX asked, "What up?"  JORDAN replied, "Ah s--t, two [two ounces of cocaine]."  NIX asked, "Where you at?"  JORDAN replied, "Right here on, uh . . . I had to buy my note on Brainard and Emery."  NIX stated, "I'll meet you on Walford."  JORDAN asked, "About how long?"  NIX replied, "About fifteen."  JORDAN stated, "Alright."

94.     On September 2, 2017, at approximately 8:17 p.m., NIX had a conversation with BOUYER on the telephone.  NIX answered the phone and BOUYER stated, "Yeah, WEEZY, I need to see eight thousand."  NIX replied, "Eight dollars?"  BOUYER stated, "Eight thousand. That's what, I want to pay for the car."  NIX stated, "Ok, here I come."  BOUYER replied, "Alright."

95.     On September 2, 2017, at approximately 9:07 p.m., NIX and BOUYER had a conversation on the telephone.  During the conversation, NIX stated, "All, yeah, I was going to tell you before I made it all the way over there, it is good as a motherf--ker but it is shaky though."  BOUYER asked, "What you mean?"  NIX replied, "It's shaky, but it's good though." BOUYER asked, "All, all of it?"  NIX stated, "Yeah, the whole thing was."  BOUYER replied, "Man, I don't know about that 'cause my people going to be buying that s--t, I'm real."  NIX stated, "Yeah, I'm, hey listen if they try it they will, I guarantee you that."  BOUYER replied, "Yeah but the thang is [unintelligible] and trying it, you know I'm saying?"  NIX stated, "Yeah."

BOUYER replied, "'Cause that, that's the key, you know what I'm saying?" NIX stated, "Yeah." BOUYER stated, "Them motherf--king, them motherf--king real picky, you know what I'm saying?" NIX stated, "Yeah." BOUYER replied, "And that's all, all that." NIX stated, "I mean, that's, that's a few of them in there, you know what I'm saying, but it's mostly, like, you know what I'm saying? But I'm telling you, it's that s--t though, I'm telling you it's best s--t I had in a minute." BOUYER replied, "Yeah, but, man, but, uh, man, I just tell you picky motherf--ker I deal with, you know what I'm saying?" NIX stated, "Yeah, I know." BOUYER replied, "Is it white?" NIX replied, "Yes." BOUYER replied, "Well bring, bring it, if it is white, it's, it's cool." NIX asked, "Huh?" BOUYER replied, "Bring it." NIX stated, "Alright, here I come."

96.    On September 4, 2017, at approximately 2:54 p.m., FLETCHER had a conversation with PHILMON on the telephone.  FLETCHER asked, "Can you, you think you'll be good 'till Thursday [do you have enough drugs to sell]? Or, you wanna just go and take this [take the drugs I currently have]? 'Cause somebody just called me, but I'm just, ya, know, I know I was holding it for you, so I'm just double checking with you.  If not, I'll just tell him it's over with." PHILMON replied, "Yeah, I need it. 'Cause I mean, like s--t, I still got some, but s--t, it's low [I don't have much drugs right now] and s--t." FLETCHER stated, "Ok." PHILMON replied, "I was ready, but I really was just chillin' for real, and s--t, and I didn't know when I was going to move, but if you really need me to, 'cause I'm fitting to, uh, I'm on my way to the mall to get me a pack of white t-shirts and s--t, but after that though, if you need me to, I could, uh, I could grab it if you need it.  If not, I was gonna say I gotta go to school tomorrow, so I fitting to say when I leave school at twelve-thirty I just go come down from school and just stop and holler at Cuz [CARTER] on my way back down." FLETCHER replied, "Alright, 'cause I got, um, so,

40

Cuz [CARTER] can't do nothing today, matter of fact, let me double check though." The two spoke over one another and then FLETCHER asked, "I think they [UPS] closed, but I ain't sure, but if they is, I wanna have him do what he gotta do and shoot the thing [money], so that it might not even be Thursday.  It might be Wednesday. You know what I'm saying?" PHILMON replied, "Right, but yeah, I probably go, ya know what I'm saying?" FLETCHER stated, "Yeah, that's why I said let me double check my bread [money] before I even, you know what I'm saying?  'Cause I know I already, like I said, I already got you in pocket, so it's like, s--t, I ain't gonna just do it.  Double checking with you . . . ." PHILMON replied, "So, if you need to move, I'll move, or if not, I'll just stop by soon as I leave school tomorrow 'cause I got class from eleven to twelve-fifteen.  So, by like, twelve-thirty I'll pull up on him [CARTER] or before I go. Either or either way, know what I'm saying?  But, I mean, I'm ready now, but I was just fitting to go to the mall.  I just really been chillin' all day. I ain't even been out of the house yet today, for real." FLETCHER stated, "Give me two seconds, seeing if they open.  If they open, I may just go head on and do this s--t today real quick." PHILMON replied, "Alright."  While calling the UPS store on Chagrin Boulevard in Cleveland, Ohio, from another telephone, FLETCHER stated, "They ain't even answering.  We'll just do it in morning.  Alright, so can you just through tomorrow, on the early side?" PHILMON replied, "Yeah, that's what I was saying.  'Cause I gotta go buy some books.  So whenever, whenever, whenever, whenever tomorrow.  Like if you need me tonight, s--t, 'cause I ain't going to do nothing, 'cause I was going to go the . . . but if you need me today, you know what I'm saying, I could do it but . . . ." FLETCHER stated, "Alright, you know how I do, I just like to have everything, you know, situated and put together, but if you want to do it tomorrow, that's cool." PHILMON replied, "Alright, alright."

97.     On September 4, 2017, at approximately 3:51 p.m., FLETCHER and CARTER had a conversation on the telephone.  Greetings were exchanged, and then FLETCHER asked, "Can you go to the bank for me real quick?"  CARTER replied, "Uh, which one?"  FLETCHER stated, "Chase."  CARTER replied, "Yeah, so, I about to say, it's only one."  FLETCHER stated, "Yeah 'cause the other one's closed today."  CARTER asked, "Yeah . . . me to do?"  FLETCHER replied, "Five hundred [$500]."  CARTER stated, "Oh, ok."  FLETCHER replied, "Uh, you can get your thirteen [$1,300] outta there, too, bruh. I meant to tell you."  CARTER stated, "Oh, ok, ok. That's cool."  FLETCHER replied, "Actually, put five twenty [$520] in my account, because I got an extra twenty dollars [$20] on the side."  CARTER stated, "Mm, hm. Alright, I'll be there in twenty minutes."  FLETCHER replied, "Yeah, get that, uh . . . ."  CARTER asked, "I'm gonna call you before I, uh, when I get there, when I leave out.  I'm gonna call you when I leave out. You busy?"  FLETCHER replied, "No, you know you gotta take that twenty [$20] out of your pocket if I'm gonna give you thirteen [$1,300] right?"  CARTER stated, "Okay."  FLETCHER asked, "Or you got that twenty [$20] put up with the five thousand [$5,000]?"  CARTER replied, "That's where I got it at."  FLETCHER replied, "Oh, ok, alright, well, cool, just put five twenty [$520] in there and then get your thirteen [$1,300]."  CARTER stated, "Okay."  FLETCHER replied, "Alright."

98.     On September 4, 2017, at approximately 9:08 p.m., FLETCHER had a conversation with CARTER on the telephone.  CARTER stated, "What's up, my brother?"  FLETCHER replied, "Nothing, man. I lost it [another telephone]."  CARTER asked, "Huh?"  FLETCHER responded, "I mean I found it. I told you to hit me [call me]."  CARTER stated, "Oh okay."  FLETCHER replied, "Yeah, yeah, man, it [other cellular phone] was between the seats and s--t."  CARTER stated, "Okay."  FLETCHER asked, "You straight?"  CARTER stated,

"Alright. Huh?" FLETCHER replied, "That's it." CARTER stated, "Alright. It's, um, thirty two [$32,000 per kilogram of cocaine], right, left [higher or lower is the price]?" FLETCHER responded, "Yeah." CARTER answered, "Alright."

99.     On September 8, 2017, at approximately 3:56 p.m., NIX had a conversation with BOUYER on the telephone. BOUYER answered the phone and stated, "Hello?" NIX replied, "What's up with you?" BOUYER replied, "Who this?" NIX stated, "It's WAYNE, I'm on my way." BOUYER replied, "WAYNE who?" NIX stated, "WHEEZY." BOUYER replied, "Ah, okay, [unintelligible] okay, alright." NIX asked, "You just want one, right?" BOUYER replied, "Yeah, I didn't, I didn't know your number, man, so I, like . . . ." NIX stated, "My other phone off, my other phone off, I'll be there in a minute." BOUYER replied, "Okay."

100.     On September 8, 2017, at approximately 4:08 p.m., FLETCHER had a conversation with CARTER on the telephone. FLETCHER asked, "What's up?" CARTER replied, "Man, I called you 'cause you called me." FLETCHER stated, "You got the numbers with you?" CARTER stated, "I called. Yeah, um, the, the money [yes and I have the money also]." FLETCHER replied, "Yes, alright, you still [unintelligible]?" CARTER stated, "Yeah." FLETCHER responded, "Alright." CARTER stated, "Yeah." FLETCHER replied, "I was trying to just figure [unintelligible]. Oh, yeah, I paid you everything else, okay. Um, keep, keep at least five hundred [$500] off to the side of your money [unintelligible]." CARTER stated, "Um, okay." FLETCHER responded, "Just keep it [$500] off to the side." CARTER stated, "Alright." FLETCHER replied, "For just in case." CARTER replied, "Alright." FLETCHER stated, "So, uh, let me see. I think I got like 845 [$845] or 855 [$855] you wanna put at 420 [$420] so there's still some left. Alright, yeah, 'cause I'm headed down here to Alabama tomorrow for this funeral, and I might need you to, uh, take care of [unintelligible], get some

bread [money], uh, this way, for me." CARTER asked, "Alright, you said, get some?" FLETCHER stated, "I'm gonna have like four something [an amount of money] left, after you play the number, but . . . ." CARTER replied, "Right." FLETCHER stated, "I might, I might just need that. So we still gotta shoot [send] that drum [case] back. So I was saying, just keep 500 [$500] to the side just in case we gotta shoot [send] the drum [pelican case] back. And then, ya know, when they come back through, I'll just get you out the way." CARTER replied, "Alright, um, okay."

101.    On September 7, 2017, at approximately 9:25 a.m., FLETCHER had a conversation with PALMER on the telephone.  Later in the conversation, FLETCHER asked, "S--t, when you get a chance, can you send me five-hundred [$500 from the drug money you are holding for me], Walmart?" PALMER replied, "Yep." FLETCHER stated, "About what time you think?" PALMER replied, "What time is it now?  About a half." FLETCHER stated, "Alright, cool, I can be there by that time.  That's cool, I'm trying to go get a haircut . . . I don't have any cash on me . . . ." PALMER stated, "I got ya."

102.    On September 7, 2017, at approximately 9:43 a.m., FLETCHER had a conversation with PALMER on the telephone.  Later in the conversation FLETCHER stated, "Hey, do seven forty [$740] instead if you haven't already left." PALMER replied, "Alright." FLETCHER stated, "Take 750 with you, 'cause it's gonna cost $10 to send it." PALMER replied, "Alright."

103.    On September 9, 2017, at approximately 4:37 p.m., NIX had a conversation with BOUYER on the telephone.  BOUYER answered the phone, and NIX stated, "Yo, I'm on my way." BOUYER replied, "Alright." NIX stated, "Alright."

104.     On September 9, 2017, at approximately 6:20 p.m., FLETCHER had a conversation with POLLARD on the telephone.  POLLARD stated, "Yeah, so, uh, people was saying they was, like, s--t.  He like, 'Man, this might be that straight F [fentanyl].' Know what I'm talking about?"  FLETCHER replied, "Uh-huh."  POLLARD asked, "That's what it is?" FLETCHER stated, "More than likely."  POLLARD replied, "Oh, okay. Yeah. They told me to put something with it though on the other side.  He was like, 'But that's cool,' he was like, 'You just got to put something with it,' 'cause he was like, he was more like, legs or some s--t [customer told POLLARD he should add cut/mixing agent to the drugs because it is strong]." FLETCHER stated, "Yeah . . . ."  POLLARD replied, "But he was like, 'Yeah, put them together,' he was like, 'You'll be cool, for real.'  But he said it's cool.  Ain't nothing wrong with it."  FLETCHER stated, "Alright. What about the, um . . . ."  POLLARD replied, "That one, um, I got someone who want it.   My one dude want one, and then I got another dude who want one. But just from what I sold him, yeah."  FLETCHER stated, "Alright. No, it's the same s--t." POLLARD replied, "Do it fill up or . . . ."  FLETCHER stated, "I mean, I ain't seen it in person, so I couldn't, you know what I'm saying, I'm just trying to find out, like, 'cause from what it look like, put a G [gram] on the bench [press], you know what I'm saying, a decent size, then you know what it's going to do."  POLLARD replied, "Say what?"  FLETCHER stated, "I said, put a G on the bench, and if a G like a decent size . . . ."  POLLARD replied, "Oh, yeah." FLETCHER stated, "You know what I'm saying? That's why I told him to give you seven." POLLARD replied, "Ok. Yeah. That straight."  FLETCHER stated, "Alright."  POLLARD replied, "Uh, we'll figure it out. I just need to get a couple of them though and just go . . . but he say, 'Yeah.'"  FLETCHER replied, "Ok."

45

105.    On September 12, 2017, at approximately 11:58 a.m., FLETCHER had a conversation with POLLARD on the telephone.  FLETCHER stated, "Yo."  POLLARD replied, "Yeah. My bad. What's up?"  FLETCHER asked, "Where do you want him [courier]?"  POLLARD replied, "Um, it don't matter.  I'm, uh, I'm over here like by Whitney Young across the street at the apartment."  FLETCHER asked, "Oh. You rolling?"  POLLARD replied, "Yeah."  FLETCHER replied, "Alright, well, he'll be around there on, uh, where he be at in a minute.  Probably in about five, ten minutes."  POLLARD stated, "Cool.  Cool."  FLETCHER replied, "Oh, yeah, alright, he about to give you three of them."  POLLARD stated, "Alright. My people ain't got back with me about that [heroin]."  FLETCHER replied, "Oh, the other one [heroin]?"  POLLARD stated, "Yeah."  FLETCHER stated, "Yeah, I ain't tripping."  POLLARD replied, "Is some good ones around though? Ah, bags?"  FLETCHER asked, "Huh?"  POLLARD replied, "Is some good bags around?"  FLETCHER stated, "Uh, uh, no, not that I know of.  All I got is that [cocaine].  Oh, you said your people ain't get back with you on them three?"  POLLARD replied, "No, no, on the two.  The other stuff."  FLETCHER asked, "Oh, the boy [heroin].  Huh?"  POLLARD replied, "Hell yeah.  Yeah, can you hear me?"  FLETCHER stated, "Yeah."  POLLARD replied, "Yeah, he ain't get back on that."  FLETCHER stated, "That's cool. F--k it.  I ain't trippin."  POLLARD replied, "But, um . . . ."  FLETCHER asked, "You gave it all to one person?"  POLLARD replied, "No, hell no."  FLETCHER stated, "Oh, I say, you was supposed to f--kin' move that around before anybody say anything."  POLLARD replied, "Yeah, hell yeah.  I got some people that tried it there."  FLETCHER stated, "Oh, ok."  POLLARD replied, "That was when I first told you that, like, that it was cool, 'cause he was . . . keeping cool, but it wasn't like no . . . you know what I'm saying, it wasn't like he was geeked off of it.  It just kept him cool.  You know, they be having that sick s--t."  FLETCHER asked,

"Did you, um, you ever come up on that on that, um, that other buck and a half, or no?"
POLLARD replied, "I'm getting to it. Hell yeah, but I was really gonna send it like ASAP.
Soon as I put all this little s--t together. I ain't even really, ah, I ain't really been doing too
much. I came across a little, little skittles [pills], that came down here, but that s--t wasn't really
right." FLETCHER stated, "Alright, well s--t, just . . . what I about to say? He, uh . . . ."
POLLARD replied, "I'll put that with that." FLETCHER asked, "Yeah. What I tell you
anyway? I don't remember. Supposed to be five right?" POLLARD stated, "Yeah."
FLETCHER asked, "Or was it five fifty?" POLLARD replied, "Five." FLETCHER stated,
"Alright. I mean, I done have that s--t sold on my own. That s--t just been sitting there."
POLLARD replied, "I'm about to see what's goin' on, for real." FLETCHER stated, "Yeah, I
mean, s--t, it's like, um, let me see what he about to give you. Three, it be like nineteen of them
left, if you know, probably make you a little band [$1,000], a band or two, off them bitches."
POLLARD replied, "Yeah, that's really, s--t, I'm about to knock them motherf--kers out.
FLETCHER stated, "That would be cool." POLLARD replied, "I'm just really trying to get to
the right person, for real. F--k all this bulls--t." FLETCHER stated, "But, yeah, um, well, just
hit me, he'll be around there in a second. Um, you could probably go around there, for real."
POLLARD replied, "Yeah, I'm probably, like, in the next couple minutes, I'm gonna leave out."
FLETCHER stated, "Yeah, he be there." POLLARD replied, "I'm right around the corner."
FLETCHER stated, "Alright." POLLARD replied, "Alright."

106.    On September 15, 2017, at approximately 6:31 p.m., NIX had a conversation with
JORDAN on the telephone. JORDAN stated, "I need to zip my jacket up [I want an ounce of
cocaine]. I am about to text you real quick." NIX replied, "Alright. Yep. Alright." JORDAN
stated, "I will be at the pad in about twenty minutes." NIX replied, "Alright."

47

107. On September 15, 2017, at approximately 7:57 p.m., FLETCHER had a conversation with POLLARD on the telephone. During the conversation, POLLARD asked, "See if he [drug courier] can come see me for real, or if I can come over there." FLETCHER replied, "Alright, what you want him to do?" POLLARD stated, "Like two [two kilograms], and then I'm a shoot him something . . . ." FLETCHER replied, "Alright, hold on real quick." While still on the phone with POLLARD, FLETCHER had a conversation on another telephone and stated, "I'm about to call you real quick. You hear me?" POLLARD stated, "I'm trying to, uh, let me see what the f--k going on, man. I got a couple off. I don't know about that little jar s--t. I'm about to shoot down though. What's going on down there, same thing?" FLETCHER replied, "Uh, s--t, I still got that little midget I was telling you about." POLLARD stated, "Yeah, hell yeah. My people tying it back, too. They just telling me to holler at them when I get down there. I got so tired . . . with the job and the other little bulls--t, but my man said, 'Hit me.' It's really just . . . 'bout to send me this money so I can go down, so I'm really ready. 'Bout to sit down in that motherf--ker but,, uh . . . I need them, them, them skittles [pills] though, bro [heroin], and old girl [cocaine] for real." FLETCHER replied, "I don't know with the skittles [I don't sell pills]." POLLARD stated, "Yeah, I know. Really, I been the one who really been bringing them down there. I've been bringing them down there. But see, my dumb ass back f--king with . . . I'm not f--king with old boy, but I tried him for real to see if he f--k with me, though, but he just been flaking out on me, like, he can't get them, so I ain't really press him. I was going to see if you knew somebody with them." FLETCHER replied, "No, I don't know nobody doing that." POLLARD stated, "Alright. Them bitches go, but, um, alright, well, s--t, I just keep it posted for real, for real. I ain't really got too much going on. I'm really trying to just make something happen. I'm tired of sitting still, man. I'm really bugged down over this bitch."

FLETCHER replied, "Alright, well s--t, when you rolling?" POLLARD stated, "I'm about to really try head down, we leaving as soon as possible. No, I really don't put my clothes together. 'Bout to hop in the shower so I can wake up a little bit and hit the road. So, yeah, like in the next thirty minutes, forty minutes." FLETCHER replied, "Alright, well, s--t, you know, just hit me [when] up you get up there."

108.    On September 16, 2017, at approximately 10:32 p.m., NIX and BOUYER had a conversation on the telephone. During the conversation, BOUYER asked, "Can you bring me two [ounces of cocaine]?" NIX replied, "Alright, I will be over there, I'm about to stop and get breakfast first though, cool?" BOUYER stated, "Okay, I'll be at home watching the football game, man." NIX stated, "Okay."

109.    On September 19, 2017, between 12:08 p.m. and 1:58 p.m., NIX and MELTON had a text message conversation on the telephone. During the conversation, NIX texted, "Hit you after I leave the gym." MELTON responded, "Okcoo." Later, NIX texted, "Can you meet me at emery and green." MELTON texted, "Where at." NIX responded, "The bar." MELTON texted, "Stackers?" NIX stated, "Yea."

110.    On September 19, 2017, at approximately 3:42 p.m., NIX and MELTON met at Stackers Bar and Grill in Warrensville Heights, Ohio. At approximately 3:44 p.m., NIX and MELTON drove separately to NIX's house on Berrimore Avenue. At approximately 3:46 p.m., NIX and MELTON met at NIX's house.

111.    On September 19, 2017, at approximately 11:45 p.m., NIX and MELTON had a conversation on the telephone. After initial greetings NIX stated, "Yeah, I ain't touch it [I didn't put any mixing agent/cut on it]. I gave it to my man, and then . . . ." MELTON asked, "Huh?" NIX replied, "He said this thing, in the . . . lost like, lost like, ah . . . ." MELTON asked, "It

lost?" NIX replied, "Yeah, yep." MELTON replied, ". . . my dude . . . he said it was all on point [my customer said it was good quality]." NIX stated, "Look, we can, hey, look, we can ah, I could ah, I should of did, I want, I want to do that s--t right when you was over there, but I wanted to leave it, like, it was for my dude, you see what I'm saying?" MELTON replied, "Yeah." NIX stated, "But, yeah, we can, you can come over tomorrow, and then we can check it out [test the quality]." MELTON replied, "Alright, s--t, I'm ah, yeah, I'll just come over there tomorrow, then we'll just try and figure it out . . . ." NIX stated, "Alright." MELTON replied, "He just did the same thing, and he said it was all good." NIX stated, "Alright, yeah . . . you know we'll figure it out, you know what I'm saying." MELTON replied, "Alright." NIX stated, "I'm just letting you know, telling you what my, you know what I'm saying, getting it from my man, see what I'm saying?" MELTON replied, "Yeah, alright. Well, s--t, ah, I'll call you in the morning then." NIX stated, "Alright."

112.     On September 20, 2017, at approximately 10:30 a.m., NIX had a conversation with MELTON on the telephone. During the conversation, NIX asked, "Man the motherf--king police is in my house, man, I don't know what the f--k. I ain't did s--t, and I just did something with you yesterday [I bought cocaine from you yesterday], and now they at my house, man, I know you ain't tell on me?" MELTON asked, "What?" NIX replied, "Man, listen the motherf--king police is in my house, n---a." MELTON replied, "Man, come on, man." NIX stated, "I'll hit you back."

113.     On September 20, 2017, at approximately 12:10 p.m., NIX had a conversation with PHILMON on the telephone. During the conversation, NIX stated, "They [police] are still in that motherf--ker [NIX's house on Berrimore Lane], I know they [police] are trying to get in that safe. I got nine ounces in that bitch, man." PHILMON stated, "Swear?" NIX replied,

"Yeah, and about forty grams of that little bulls--t ass fetty [fentanyl], that s--t ain't really nothing but cut." Later in the conversation, NIX stated, "I don't understand. I don't know who f--k, n---g, I don't be f--king with too many n---as. The thing is, I grabbed some s--t, I grabbed some s--t from dude yesterday. Gave half to my other dude. Damn, it's one of those n---as."

114.    On September 20, 2017, NIX possessed with intent to distribute approximately 245.79 grams of cocaine, 86.14 grams of fentanyl, 6.55 grams of crack, a 9mm Taurus handgun, ammunition, scales, masks and other packaging material at his residence on Berrimore Lane in Warrensville Heights, Ohio.

115.    On September 20, 2017, at approximately 11:09 a.m., FLETCHER had a conversation with CARTER on the telephone. CARTER answered, "Hello?" FLETCHER replied, "Hey." CARTER asked, "Huh?" FLETCHER stated, "I need you to hold, uh, the fifteen [$1,500] that Rob [HAWES] gave you yesterday though." CARTER replied, "Well I'm glad you said that." FLETCHER stated, "Yeah." CARTER replied, "Okay." FLETCHER stated, "Three-three-seven-zero [$3,370] or something like that." CARTER replied, "Yeah, okay, I got you." FLETCHER stated, "Three-seven-three-zero [$3,730], that's what I did, three-seven-three-zero [$3,370], okay." CARTER replied, "Okay."

116.    On September 26, 2017, at approximately 11:34 p.m., FLETCHER had a conversation with CARTER on the telephone. FLETCHER asked, "You got your joint [phone] with you?" CARTER answered, "No, I had to leave that in my whip [vehicle]." FLETCHER stated, "Alright, um, Cuzo [location for drug shipment]?" CARTER stated, "No, Aunt, Aunty [a different location for the drug shipment]." FLETCHER replied, "Why not Cuzo?" CARTER stated, "Ok, I mean [unintelligible] yet." FLETCHER replied, "That's a long ass [unintelligible]." CARTER stated, "Mm hmm, Cuzo, yeah, that's alright then." FLETCHER

stated, "Ahh . . . uh, I know the first numbers [of an address]. Uh, 0-3-0-3 [numbers in an address], right?" CARTER answered, "Nah, 2-3 [numbers in an address]." FLETCHER asked, "Huh?" CARTER stated, "You said 4-3 [numbers in an address]?" FLETCHER replied, "No, man, I said, I know the first number [of the address], 0 [call breaks up] 0-3 [numbers of the address]." CARTER replied, "Yeah." Later in the conversation, FLETCHER stated, "No, [unintelligible] bro." CARTER asked, "Uh?" FLETCHER stated, "I said [unintelligible] he [the drug supplier] just asked me for it [the address of where to send the box of drugs] right now." CARTER replied, "Oh, ok, you know the first number [of the address], uh." FLETCHER replied, "0-3-0-3 [numbers in an address]." CARTER's reply was inaudible. FLETCHER again stated, "0-3-0-3 [numbers in an address]." CARTER stated, "You know the first number [of the address] 3-0-3 [the other numbers of the address]." FLETCHER responded, "No bro, it's [the address of where to send the box of drugs] five numbers [the entire address contains five numbers]." CARTER stated, "Hold on." FLETCHER responded, "It's 0-3-0-3 [numbers of an address]." CARTER stated, "Yeah, you probably right . . . . Yeah, yeah, 0-3-0-3 [numbers of an address]." FLETCHER responded, "I know." CARTER stated, "Oh, ok. [Laughs]." FLETCHER stated, "I did it enough times. You should know too." CARTER replied, "Yeah." FLETCHER asked, "Um, um, the last two of the zip [zip code] is uh 1-9 [numbers of a zip code], right?" CARTER stated, "Um . . . yes, sir." FLETCHER stated, "Alright, I'm about to, um, you know, um, uh, the day after tomorrow [the box with drugs will be arriving on Thursday, September 28, 2017]." CARTER stated, "Uh huh."

117. On September 27, 2017, in Downey, California, EDGAR ARTURO SANCHEZ shipped three kilograms of cocaine in a drum case addressed to 20*** Goller Avenue, Cleveland, Ohio.

118.    On September 28, 2017, at approximately 7:30 a.m., CARTER, driving a Ford Expedition arrived at 20*** Goller Avenue, Euclid, Ohio, and pulled into the driveway. CARTER remained in the vehicle, sleeping in the front driver's seat.

119.    On September 28, 2017, at approximately 9:56 a.m., FLETCHER had a conversation with CARTER on the telephone.  CARTER answered the phone, "Hello?" FLETCHER asked, "What's up, n---a?"  CARTER replied, "What's up?"  FLETCHER asked, "It ain't showed up yet?"  CARTER replied, "No."  FLETCHER asked, "You sure?"  CARTER replied, "I'm positive."  FLETCHER stated, "Sound like you fell asleep over there."  CARTER responded something inaudible.  FLETCHER stated, "Please don't fall asleep over there."

120.    On October 6, 2017, PHILMON discarded two kilogram cocaine wrappers from his apartment on Van Aken Boulevard.

121.    On October 25, 2017, CARTER possessed with the intent to distribute approximately 809.02 grams of fentanyl at his residence on Elmwood Avenue in Maple Heights, Ohio.

122.    On November 1, 2017, PHILMON possessed with the intent to distribute approximately 1,118.56 grams of cocaine, 16.47 grams of crack cocaine, a digital scale, razor blades and other packaging materials used for the distribution of cocaine and crack cocaine in his apartment at the Colony Apartments on Van Aken Boulevard in Cleveland, Ohio.  PHILMON also possessed and an Eagle Arms M-15 A2 rifle and ammunition in the apartment.

ENHANCED PENALTY UNDER TITLE 21,
UNITED STATES CODE, SECTION 841(b)(1)(A)
(Prior Serious Drug Felony Conviction, 21 U.S.C. §§ 841(b)(1)(A), (b)(1)(B), (b)(1)(C))

123.    Before Defendant ROBERT HAWES, aka SHORTY, committed the offense charged in this count, the defendant had a final conviction for a serious drug felony, namely, a

conviction under Title 21, United States Code, Sections 846 & 841(a)(1), to wit: Conspiracy to

Distribute and to Possess with the Intent to Distribute 5 Kilograms of More of Cocaine, and

Attempted Possession with Intent to Distribute Approximately 30 Kilograms of Cocaine, Case

No. 1:04-CR-250, in United States District Court, Northern District of Ohio, for which he served

more than 12 months of imprisonment and for which he was released from serving any term of

imprisonment related to that offense within 15 years of the commencement of the instant offense.

All in violation of Title 21, United States Code, Section 846.

COUNT 2
(Possession with Intent to Distribute Cocaine, 21 U.S.C. § 841(a)(1))

The Grand Jury further charges:

124.    On or about May 2, 2017, in the Northern District of Ohio, Eastern Division,

Defendants WAYNE NIX, aka "COCAINE WAYNE," aka "WEEZY," and DEWITT

CHISHOLM did knowingly and intentionally possess with intent to distribute a mixture and

substance containing a detectable amount of cocaine, a Schedule II controlled substance, in

violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(C).

COUNT 3
(Possession with Intent to Distribute Heroin, 21 U.S.C. § 841(a)(1))

The Grand Jury further charges:

125.    On or about July 18, 2017, in the Northern District of Ohio, Eastern Division,

Defendants WAYNE NIX, aka "COCAINE WAYNE," aka "WEEZY," and FREDDIE

MURPHY did knowingly and intentionally possess with intent to distribute a mixture and

substance containing a detectable amount of heroin, a Schedule I controlled substance, in

violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(C).

## COUNT 4
(Distribution of Cocaine, 21 U.S.C. § 841(a)(1))

The Grand Jury further charges:

126.    On or about September 19, 2017, in the Northern District of Ohio, Eastern Division, Defendant ANTONN MELTON did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(C).

## COUNT 5
(Possession with Intent to Distribute Cocaine, 21 U.S.C. § 841(a)(1))

The Grand Jury further charges:

127.    On or about September 20, 2017, in the Northern District of Ohio, Eastern Division, Defendant WAYNE NIX, aka "COCAINE WAYNE," aka "WEEZY," did knowingly and intentionally possess with intent to distribute approximately 245.79 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(C).

## COUNT 6
(Possession with Intent to Distribute Fentanyl, 21 U.S.C. § 841(a)(1))

The Grand Jury further charges:

128.    On or about September 20, 2017, in the Northern District of Ohio, Eastern Division, Defendant WAYNE NIX, aka "COCAINE WAYNE," aka "WEEZY," did knowingly and intentionally possess with intent to distribute approximately 86.14 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(B).

<u>COUNT 7</u>
(Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1))

The Grand Jury further charges:

129.    On or about September 20, 2017, in the Northern District of Ohio, Eastern

Division, Defendant WAYNE NIX, aka "COCAINE WAYNE," aka "WEEZY," knowing he had

been previously convicted of crimes punishable by imprisonment for terms exceeding one year,

those being: Trafficking Offenses, Case Number CR-04-453988, in the Cuyahoga County Court

of Common Pleas, on or about October 18, 2004; Trafficking in Drugs, Case Number CR-04-

448684, in the Cuyahoga County Court of Common Pleas, on or about October 18, 2004, and

Possession of Drugs, Case Number CR-03-438024, in the Cuyahoga County Court of Common

Pleas, on or about February 6, 2004, knowingly possessed in and affecting interstate commerce a

firearm, to wit: a 9mm Taurus PT 111 G2, Serial Number TIX46968, and ammunition, aid

firearm and ammunition having been shipped and transported in interstate commerce, in

violation of Title 18, United States Code, Section 922(g)(1).

<u>COUNT 8</u>
(Maintaining a Drug Premises, 21 U.S.C. § 856(a)(1))

The Grand Jury further charges:

130.    On or about May 2, 2017, through on or about September 20, 2017, in the

Northern District of Ohio, Eastern Division, Defendant WAYNE NIX, aka "COCAINE

WAYNE," aka "WEEZY," did knowingly use and maintain a place located at Berrimore Lane,

Warrensville Heights, Ohio, for the purpose of manufacturing, and distributing and a controlled

substance, namely cocaine and fentanyl, Schedule II controlled substances, in violation of Title

21, United States Code, Section 856(a)(1).

COUNT 9
(Distribution of Cocaine, 21 U.S.C. § 841(a)(1))

The Grand Jury further charges:

131.    On or about September 27, 2017, in the Northern District of Ohio, Eastern

Division, Defendants EDGAR ARTURO SANCHEZ and BRANDON FLETCHER, aka "B,"

aka "KING FLETCH," did knowingly and intentionally distribute approximately 3,001.8 grams

of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled

substance, in violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(B), and

Title 18, United States Code, Section 2.

COUNT 10
(Possession with Intent to Distribute Fentanyl, 21 U.S.C. § 841(a)(1))

The Grand Jury further charges:

132.    On or about October 25, 2017, in the Northern District of Ohio, Eastern Division,

Defendant STEPHON CARTER did knowingly and intentionally possess with intent to

distribute approximately 809.02 grams of a mixture and substance containing a detectable

amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States

Code, Sections 841(a)(1), and (b)(1)(A).

COUNT 11
(Possession with Intent to Distribute Cocaine, 21 U.S.C. § 841(a)(1))

The Grand Jury further charges:

133.    On or about November 1, 2017, in the Northern District of Ohio, Eastern

Division, Defendant KEVIN PHILMON, aka "BIG KEV," did knowingly and intentionally

possess with intent to distribute approximately 1,118.56 grams of a mixture and substance

containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of

Title 21, United States Code, Sections 841(a)(1), and (b)(1)(B).

COUNT 12

(Possession with Intent to Distribute Cocaine Base ("Crack"), 21 U.S.C. § 841(a)(1))

The Grand Jury further charges:

134.    On or about November 1, 2017, in the Northern District of Ohio, Eastern

Division, Defendant KEVIN PHILMON, aka "BIG KEV," did knowingly and intentionally

possess with intent to distribute approximately 16.47 grams of a mixture and substance

containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, in

violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(C).

COUNT 13

(Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1))

The Grand Jury further charges:

135.    On or about November 1, 2017, in the Northern District of Ohio, Eastern

Division, Defendant KEVIN PHILMON, aka "BIG KEV," knowing he had been previously

convicted of crimes punishable by imprisonment for terms exceeding one year, those being:

Trafficking Offenses, Case Number CR-09-527041, in the Cuyahoga County Court of Common

Pleas, on or about March 3, 2010, knowingly possessed a firearm and ammunition, to wit: an

Eagle Arms M-15 A2, Serial Number 34570, and ammunition, said firearm and ammunition

having been shipped and transported in interstate commerce, in violation of Title 18, United

States Code, Section 922(g)(1).

COUNT 14

(Possessing a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

136.    On or about November 1, 2017, in the Northern District of Ohio, Eastern

Division, Defendant KEVIN PHILMON, aka "BIG KEV," did possess a firearm in furtherance

of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit:

58

Possession with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(B) and (b)(1)(C), as charged in Count 11 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 15
(Maintaining a Drug Premises, 21 U.S.C. § 856(a)(1))

The Grand Jury further charges:

137.    On or about October 6, 2017, through on or about November 1, 2017, in the Northern District of Ohio, Eastern Division, Defendant KEVIN PHILMON, aka "BIG KEV," did knowingly use and maintain an apartment in the Colony Apartments, located on Van Aken Boulevard, Cleveland, Ohio, for the purpose of manufacturing, and distributing and a controlled substance, namely cocaine and cocaine base ("crack"), both Schedule II controlled substances, in violation of Title 21, United States Code, Section 856(a)(1).

## COUNT 16
(Conspiracy to Launder Monetary Instruments, 18 U.S.C. § 1956(h))

The Grand Jury further charges:

138.    From on or about August, 2016, until on or about November 1, 2017, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants BRANDON FLETCHER, aka "B," aka "KING FLETCH," and STEPHON CARTER did knowingly combine, conspire, and agree with each other and with other persons known and unknown to the Grand Jury to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit: knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, to wit, concealing U.S. Currency in shipments mailed back to drug suppliers in California, and converting drug proceeds into money orders, which involved the proceeds of a specified unlawful activity, that is distribution of controlled

substances, knowing that the transactions were designed in whole and in part to conceal and

disguise, the nature, source, ownership, and control of the proceeds of said specified unlawful

activity and that while conducting and attempting to conduct such financial transactions knew

that the property involved in the financial transactions represented the proceeds of some form of

unlawful activity, in violation of Title 18 United States Code Sections 1956(a)(1)(B)(i).

<u>MANNER AND MEANS OF THE CONSPIRACY</u>

139.    It was part of the conspiracy that:

a.    CARTER, at FLETCHER's direction, collected drug proceeds from

FLETCHER's customers in the Northern District of Ohio.

b.    CARTER, at FLETCHER's direction, met California-based members of

the DTO and provided them drug proceeds in the Northern District of Ohio.

c.    CARTER, at FLETCHER's direction, converted drug proceeds into

money orders and mailed the money orders to California-based drug suppliers.

d.    CARTER, at FLETCHER's direction, mailed drug proceeds to California-

based drug suppliers using addresses and names of other persons to conceal the nature, source,

and ownership of the proceeds.

e.    CARTER, at FLETCHER's direction, mailed drug proceeds concealed in

musical instrument cases to California-based drug suppliers.

<u>ACTS IN FURTHERANCE OF THE CONSPIRACY</u>

140.    In furtherance thereof, and to effect and conceal the existence of the conspiracy,

the Defendants and others performed acts in the Northern District of Ohio and elsewhere,

including but not limited to the following:

141.     On August 31, 2017, at approximately 1:31 p.m., FLETCHER had a conversation with the California drug supplier on the telephone.  After initial greetings, the supplier asked, "He [a member of the DTO] didn't put a lock on it [case], your cousin [member of the DTO]?" FLETCHER replied, "Nah."  The supplier asked, "He sent me money of twos [an amount of money]?"  FLETCHER replied, "Say what?"  The supplier stated, "He sent me a pack of twos [an amount of money]."  FLETCHER again responded, "Say what?"  The supplier replied, "He sent me some bills [money], two-dollar bills [an amount of money]!"  FLETCHER replied, "Yeah."  The supplier asked, "Why?"  FLETCHER stated, "Whatever [money] he [DTO member] got."  The supplier asked, "Why two-dollar bills [an amount of money]?"  FLETCHER replied, "It's money, bro."  The supplier stated, "I'm asking because they number them. That's why."  FLETCHER replied, "Yeah." The supplier stated, "Alright.  Just double-checking, bro." FLETCHER stated, "Yeah."  The supplier asked, "So it was eighteen [$18,000] what?" FLETCHER responded, "Should be eighteen-two [$18,200]."  The supplier stated, "I'll verify right now [count the money]."  FLETCHER replied, "Alright."

142.     On September 5, 2017, at approximately 9:15 a.m., FLETCHER had a conversation with CARTER on the telephone.  CARTER stated, "Yeah, I'm on my way up there, man."  FLETCHER stated, "Don't sound so happy."  CARTER stated, "Huh?  Oh, I'm alright. Uh, alright I just wanted to call you just be on standby.  Five minutes."  FLETCHER asked, "You got the nineteen [$19,000]?"  CARTER answered, "Yeah."

143.     On September 5, 2017, at approximately 2:15 p.m., FLETCHER had a conversation with the California drug supplier on the telephone.  FLETCHER answered, "Hello?"  The supplier asked, "Did you get that [the address]?"  FLETCHER replied, "No, I don't have it."  The supplier stated, "I just sent it to you."  FLETCHER replied, "I said, it's not here."

The supplier asked, "It's the same one [address] from last time.  You still have it or not?" FLETCHER replied, "Huh?"  The supplier stated, "Use the same one [address]."  FLETCHER asked, "You sure?" The supplier replied, "Yeah, why not?"  FLETCHER asked, "Huh?"  The supplier replied, "Why not? It's an old lady."  FLETCHER asked, "Huh?"  The supplier replied, "It's that senior lady that lives there."  FLETCHER stated, "Yeah, I don't remember."  The supplier replied, "They know her."  FLETCHER asked, "What was the name?"  The supplier replied, "I don't remember her name."  FLETCHER stated, "I don't remember either."  The supplier replied, "Some girl's name."  FLETCHER stated, "Alright, well I need it again, 'cause I don't have it."  The supplier replied, "I sent it to you, double check."  FLETCHER stated, "I'm looking at the phone right now, it ain't came through." The supplier replied, "Alright."

144.    On September 5, 2017, at approximately 2:44 p.m., FLETCHER had a conversation with the California drug supplier on the telephone.  FLETCHER stated, "Hello?" The supplier replied, "Did you get it [address to ship money]?"  FLETCHER replied, "No, I didn't, but I had, I had, found it."  The supplier stated, "Alright."  FLETCHER asked, "Um, hey, you talkin' about Utah [street in Southgate, California] right?"  The supplier replied, "Yeah." FLETCHER replied, "Okay."  Later in the conversation, the supplier asked, "How much is it gonna be?"  FLETCHER replied, "Twenty-seven [$27,000]."  The supplier stated, "Alright." FLETCHER replied, "That leaves us at one-ten [$110,000]."  The supplier stated, "Okay."

All in violation of Title 18, United States Code, Sections 1956(h) and 2.

COUNTS 17-30
(Use of a Communications Facility to Facilitate a Felony Drug Offense,
in violation of 21, U.S.C. § 843(b))

The Grand Jury further charges:

145.    On or about the dates listed below, in the Northern District of Ohio, Eastern

Division, and elsewhere, the Defendants listed below did knowingly and intentionally use a

communication facility, to wit: a telephone, to facilitate acts constituting a felony under Title 21,

United States Code, Sections 846 and 841(a)(1):

| Count | Defendants | Date | Time (EST) |
|---|---|---|---|
| 17 | BRANDON FLETCHER, aka "B," aka "KING FLETCH" | August 31, 2017 | 9:32 a.m. |
| 18 | STEPHON CARTER | September 26, 2017 | 11:34 p.m. |
| 19 | KEVIN PHILMON, aka "BIG KEV" | September 4, 2017 | 2:54 p.m. |
| 20 | WAYNE NIX, aka "COCAINE WAYNE," aka "WEEZY" and DEWITT CHISHOLM | May 2, 2017 | 9:06 p.m. |
| 21 | ROBERT HAWES, aka "SHORTY" | August 31, 2017 | 9:38 a.m. |
| 22 | ANTONN MELTON | September 19, 2017 | 11:45 p.m. |
| 23 | KEVIN WILLIAMS, aka "PIERRE" | August 31, 2017 | 3:11 p.m. |
| 24 | ROBERT POLLARD | September 12, 2017 | 11:58 a.m. |
| 25 | FREDDIE MURPHY | June 26, 2017 | 12:18 p.m. |
| 26 | ERIC ARMSTRONG | July 19, 2017 | 2:39 p.m. |
| 27 | JAMILL MCDONALD | July 14, 2017 | 11:34 p.m. |
| 28 | STEVEN BOUYER | September 2, 2017 | 9:07 p.m. |
| 29 | DARCELL JACKSON | July 7, 2017 | 4:05 p.m. |

| 30 | LONNIE JORDAN, aka "SHONNY" | September 15, 2017 | 6:31 p.m. |

## FORFEITURE

The Grand Jury further charges:

146.    The allegations of Counts 1 through 30, inclusive are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 982, Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).  As a result of the foregoing offenses Defendants BRANDON FLETCHER, aka "B," aka "KING FLETCH," EDGAR ARTURO SANCHEZ, STEPHON CARTER, DONNIE PALMER, KEVIN PHILMON, aka "BIG KEV," WAYNE NIX, aka "COCAINE WAYNE," aka "WEEZY," ROBERT HAWES, aka "SHORTY," ANTONN MELTON, KEVIN WILLIAMS, aka "PIERRE," ROBERT POLLARD, FREDDIE MURPHY, ERIC ARMSTRONG, JAMILL MCDONALD, STEVEN BOUYER, DARCELL JACKSON, LONNIE JORDAN, aka "SHONNY," DEWITT CHISHOLM, shall forfeit to the United States any and all property constituting or derived from any proceeds they obtained directly or indirectly as a result of the said violations; and, any and all of their property used or intended to be used in any manner or part to commit or to facilitate the commission of the said violations; any property, real or personal, involved in such offense, or any property traceable to such property; and, any and all property involved in or used in the commission of said violations.

A TRUE BILL.

Original document  - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.