# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.: 1:19-CR-464-1** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGE JOHN R. ADAMS** |
| vs. | ) | |
| | ) | |
| **BRANDON FLETCHER**, | ) | **MOTION TO EXCUSE COUNSEL'S** |
| | ) | **PERSONAL APPEARANCE; MOTION** |
| Defendant. | ) | **TO APPEAR VIA TELEPHONE** |

**NOW COMES** Michael J. Goldberg, Esq. (Ohio Reg. No. 0040839), and hereby respectfully moves this Honorable Court to enter an Order excusing counsel's personal appearance at the Wednesday, September 25, 2019, 9:30 a.m. Status Conference in this matter, due to counsel's long-planned overseas vacation from Friday, September 20, 2019 through Thursday, October 3, 2019.

It is respectfully requested that this Court allow counsel to arrange for alternate counsel to appear on counsel's behalf at the September 25, 2019, 9:30 a.m. Status Conference only.  Alternatively, counsel undersigned requests to appear via telephone.

Upon receiving the Monday, September 16, 2019 email Notice of Hearing (Doc. 96), undersigned's office informed this Honorable Court's staff via telephone that counsel's computer system was down, and this Motion would be filed as soon as possible.

*WHEREFORE*, due to counsel's unavailability due to previous travel plans, it is respectfully requested that this Honorable Court excuse counsel's personal appearance at the Wednesday, September 25, 2019, 9:30 a.m. Status Conference.

        Respectfully submitted,

        /s/ *Michael J. Goldberg*
        Michael J. Goldberg (0040839)
        The Goldberg Law Firm, LLC
        323 Lakeside Avenue, Suite 450
        Cleveland, OH 44113
        Tel: 216-696-4514
        Fax: 216-781-6242
        Email: mjgjd@aol.com
        *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2019, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        /s/ *Michael J. Goldberg*
        Michael J. Goldberg (0040839)
        *Attorney for Defendant*